**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Mary Delaney
Executive Dir. - ABRA
941 Norht Capitol St., NE, Ste. 700
Washington, DC 20002

Civil Action, File Number __07-1300 RJL__

__Antoine Jones__
                              V.
__Norma Horne, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint ... judgment by default will be taken against you for the

TPT   8-14-07   07-1300 RJL

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary Delaney
Execuitive Dir. - A.B.R.A.
941 North Capitol St., NE, Ste. 700
Washington, DC 20002

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]    ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery  8-17-07
D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):  7003 2260 0000 4984 7055

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

...t of Summons and Complaint By Mail was
_____
MS Official)

COMPLAINT
complaint in the above captioned manner at

r and Street Name or P.O. Box No.

d Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

**RECEIVED**
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299 (Rev. 6/95)