IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINE JONES | ) | |
|     Plaintiff | ) | |
| v. | ) | Civil Action No. 07-1300 RJL |
| NORMA HORNE, et. al, | ) | |
|     Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvr 83.2, the undersigned attorney of record for the District of Columbia, Officer Norma Horne, and Maria Delaney (collectively "Defendants") hereby moves the Court to permit Special Assistant Attorney General Kimberly Sullivan Walker to appear as counsel in this case on behalf of the Defendants. A Declaration from Ms. Walker is attached hereto, providing the information required by LCvR 83.2(d). A proposed Order is also attached.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
Bar No: 435163

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTOINE JONES )<br>)<br>    Plaintiff )<br>        v.      )<br>)<br>NORMA HORNE, et. al,   )<br>)<br>)<br>    Defendant.   )<br>_____ ) | Civil Action No. 07-1300 RJL |

**DECLARATION OF KIMBERLY SULLIVAN WALKER
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to LCvR 83.2(d), I, Kimberly Sullivan Walker, declare as follows:

(1)  Full Name:

   Kimberly Sullivan Walker

(2)  Office Address and Telephone Number:

   Office of the Attorney General
   Suite 600S
   441 Fourth Street, N.W.
   Washington, D.C. 20001
   (202) 734-6522
       (part-time)

   and

   Fulbright & Jaworski L.L.P.
   801 Pennsylvania Ave., N.W.
   (202) 662-4587
       (part time)

(3)  Bar Admissions

   Virginia (Bar No. 47921)
   District of Columbia (Bar. No. 500968)

(4)  I hereby certify that I have never been disciplined in any way by any bar.

(5) I have never been admitted *pro hac vice* in this Court or any other court before.

(6) I hereby declare under penalty of perjury under the law of the United States of America that the above information is true and correct.

       /s/ Kimberly S. Walker
KIMBERLY SULLIVAN WALKER
Special Assistant Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES       )<br>                    )<br>    Plaintiff    )<br>  v.              )<br>                    )<br> NORMA HORNE, et. al,  )<br>                    )<br>                    )<br>    Defendant.    )<br>_____) | Civil Action No. 07-1300 RJL |

## ORDER

Upon consideration of the Defendants' Motion to for Leave to Appear *Pro Hac* Vice and the accompanying Declaration by Kimberly Sullivan Walker, any opposition thereto, and the record herein, it is this \_\_\_ day of _____, 2007;

**ORDERED** that the Defendants' motion be and hereby is **GRANTED**, and that Kimberly Sullivan Walker be granted leave to appear *pro hac vice* on behalf of Defendants.

_____
Judge Richard J. Leon

cc:   Kimberly Matthews Johnson
      Kimberly Sullivan Walker, Esq.
      Sixth Floor South
      441 Fourth St., N.W.
      Washington, D.C. 20001

      Antoine Jones
      DC # 241-912
      Rivers Correctional Institution
      POB 630
      Winton, N.C. 27986

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Motion to Appear *Pro Hac Vice*, with a Proposed Order, was electronically filed, this 5th day of September, 2007, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

> Antoine Jones
> DC # 241-912
> Rivers Correctional Institution
> POB 630
> Winton, N.C. 27986

                                           /s/ Kimberly M. Johnson
                                    KIMBERLY MATTHEWS JOHNSON
                                    Chief, Section 1
                                    Bar No: 435163

                                    Attorney for Defendants