IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES )<br>  )<br>    Plaintiff )<br>  )<br>  v. )<br>  )<br> NORMA HORNE, et. al, )<br>  )<br>  )<br>    Defendants. )<br>_____ ) | Civil Action No. 07-1300 RJL |

## DEFENDANTS' MOTION FOR EXTENSION OF
## TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants the District of Columbia,[1] Officer Norma Horne, and Maria Delaney (collectively "Defendants") move for a forty-day extension of time—from September 6, 2007 to October 16, 2007—for their response to Plaintiff's *pro se* complaint. In support of this motion, Defendants state the following:

1. In addition to Defendants, two Bureau of Federal Investigation Agents are named as defendants in this case. Pursuant to Fed. R. Civ. P. 12(3), these defendants are not required to answer or otherwise respond to Plaintiff's complaint until 60 days following service upon them or the United States Attorney.

2. Plaintiff has filed two additional *pro se* actions in this Court, Civil Action No. 07-1027 and Civil Action No. 07-1068 in addition to this case. All of these matters appear to involve 42 U.S.C. § 1983 claims arising from the October 24, 2005, Plaintiff's arrest, indictment,

---

[1] It is not clear from Plaintiff's *pro se* complaint whether he intends to pursue a claim against the District of Columbia. In an abundance of caution, the District will treat Plaintiff's complaint as if it has in fact been named.

and subsequent prosecution in federal court for conspiracy to possess with the intent to distribute cocaine and cocaine base.[2]

3.  Because Plaintiff's claims in this case, as in the two other civil cases he has filed, appear to arise at least in part from Plaintiff's arrest, indictment, and subsequent prosecution in federal court and often involve both federal and District of Columbia defendants—indeed, Defendant Norma Horne is named as a defendant in Civil Action No. 07-1027—consolidated defenses and or filings may be desirable.  Additional time beyond the current Answer date of September 6, 2007 is therefore necessary in order to provide Defendants' counsel adequate time to investigate Plaintiff's claims and coordinate with the counsel for the other defendants.

4.  Plaintiff will not be prejudiced by the extension of time, as Defendants' answer or response will be due at or around the same time the responses for the other defendants in this case.  Accordingly, Defendants respectfully request that the Court grant an extension of time to respond to Plaintiffs complaint from September 6, 2007 to October 16, 2007.

5.  Because Plaintiff is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about this Motion.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

          /s/  Kimberly M. Johnson
        KIMBERLY MATTHEWS JOHNSON
        Chief, Section 1

---

[2] Plaintiff's federal criminal trial is currently scheduled for November 5, 2007.  *See* Criminal Action No. 05-386 (ESH), Docket No. 375.  Moreover, all of the named defendants reserve their right to challenge service of process.

Bar No: 435163

/s/ Kimberly S. Walker
KIMBERLY SULLIVAN WALKER
Special Assistant Attorney General
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTOINE JONES )<br>)<br>Plaintiff )<br>v. )<br>)<br>NORMA HORNE, et. al, )<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-1300 RJL |

## ORDER

Upon consideration of the Defendants' Motion For Extension of Time to Respond to Plaintiff's Complaint, any opposition thereto, and the record herein, it is this ___ day of _____, 2007;

**ORDERED** that the Defendants' motion be and hereby is **GRANTED**.

It is further **ORDERED** that Defendants shall file a response on or before **October 16, 2007**.

_____
Judge Richard J. Leon

cc:  Kimberly Matthews Johnson
Kimberly Sullivan Walker, Esq.
Sixth Floor South
441 Fourth St., N.W.
Washington, D.C. 20001


Antoine Jones
DC # 241-912
Rivers Correctional Institution
POB 630
Winton, N.C. 27986

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Motion For Extension of Time, with a Proposed Order, was electronically filed, this 5th day of September, 2007, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

    Antoine Jones
    DC # 241-912
    Rivers Correctional Institution
    POB 630
    Winton, N.C. 27986

        /s/ Kimberly M. Johnson
    KIMBERLY MATTHEWS JOHNSON
    Chief, Section 1
    Bar No: 435163

    Attorney for Defendants