UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-1300 (RJL) |
| | ) (ECF) |
| NORMA HORNE, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due November 23, 2007. Defendants request to and including January 9, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this action against Detective Norma Horne and Federal Bureau Investigation Special Agent Kelli O' Brien and Paralegal Specialist Renalda Shaw.[1]

Because Plaintiff is alleging constitutional claims, Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

That process is underway.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

the undersigned have not made efforts to contact him regarding this motion.[2]

November 21, 2007                          Respectfully submitted,


                                           _____/s/_____
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney


                                           _____/s/_____
                                           RUDOLPH CONTRERAS, D.C. BAR # 434122
                                           Assistant United States Attorney


                                           _____/s/_____
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W. – Civil Division
                                           Washington, D.C.  20530
                                           (202) 514-7157
                                           (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003


on this 21st day of November 2007        _____/s/_____
                                         KENNETH ADEBONOJO
                                         Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,<br><br>   Plaintiff<br><br>  v.<br><br>NORMA HORNE, et al<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1300 (RJL)<br>) (ECF)<br>)<br>)<br>)<br>)<br>) |

### ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before January 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.C. 20003