# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-1300 RJL |
| | ) |
| NORMA HORNE, et. al, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Kara L. Petteway, Special Assistant Attorney General, Office of Attorney General, as counsel for Defendant.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                  /s/ Kimberly M. Johnson
                KIMBERLY MATTHEWS JOHNSON
                Chief, General Litigation Section 1
                Bar No.:  435163

                  /s/ Kara L. Petteway
                KARA L. PETTEWAY
                Bar No.: 975541
                Special Assistant Attorney General
                Office of the Attorney General
                441 4th Street, N.W.
                Sixth Floor South
                Washington, D.C.  20001
                Telephone No.: (202) 724-6522
                Telecopier No.: (202) 724-6607
                Email:  kara.petteway@dc.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Notice of Withdrawal was electronically filed, this 2nd day of January, 2008, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

      Antoine Jones
      DC # 241-912
      1901 D. St. S.E.
      Washington, D.C. 20003


        /s/ Kimberly M. Johnson
      KIMBERLY MATTHEWS JOHNSON
      Chief, Section 1
      Bar No: 435163

      *Attorney for Defendants*