**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTOINE JONES )<br>  )<br>   Plaintiff )<br>  v. )<br>  )<br>NORMA HORNE, et. al, )<br>  )<br>  )<br>   Defendant. )<br>_____) | Civil Action No. 07-1300 RJL |

### NOTICE OF WITHDRAWAL OF COUNSEL

The Clerk will please withdraw the appearance of Kimberly Sullivan Walker, Special Assistant Attorney General, Office of the Attorney General, as counsel for Defendant. The appearance of Kara L. Petteway, Special Assistant Attorney General, Office of Attorney General as counsel for Defendant was entered on January 2, 2008.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

60064915.1

        /s/ Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section 1
Bar No.:  435163

        /s/ Kara L. Petteway
KARA L. PETTEWAY
Bar No.: 975541
Special Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
Telephone No.: (202) 724-6522
Telecopier No.: (202) 724-6607
Email:  kara.petteway@dc.gov
Attorneys for Defendant

60064915.1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Notice of Withdrawal was electronically filed, this 2nd day of January, 2008, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

> Antoine Jones
> DC # 241-912
> 1901 D. St. S.E.
> Washington, D.C. 20003

      /s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
Bar No: 435163

*Attorney for Defendants*

60064915.1