```
                                                                  FILED
            UNITED STATES DISTRICT COURT               JAN 4 - 2008
            FOR THE DISTRICT OF COLUMBIA
                                                  NANCY MAYER WHITTINGTON, CLERK
                                                       U.S. DISTRICT COURT
```

ANTOINE JONES,                )
                              )
    Plaintiff,         )
                              )
v.                            )   Civil Action No. 07-1300 (RJL)
                              )
NORMA HORNE, *et al.*,        )
                              )
    Defendants.        )

## ORDER

Defendants District of Columbia, Norma Horne and Maria Delaney filed a motion to dismiss on October 16, 2007. In its November 7, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned plaintiff that, if he failed to file his opposition by December 3, 2007, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so. Accordingly, it is hereby

ORDERED that the motion to dismiss filed on behalf of defendants District of Columbia, Norma Horne and Maria Delaney [Dkt. #11] is GRANTED as conceded, and that these defendants are DISMISSED as parties to this action.

SO ORDERED.

                                              */s/ Richard J. Leon*
                                          RICHARD J. LEON
                                          United States District Judge

Date: 1/3/08

