UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINE JONES,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>NORMA HORNE, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1300 (RJL)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANTS' MOTION TO STAY PROCEEDINGS
PENDING OUTCOME OF CRIMINAL TRIAL**

Federal Bureau of Investigation Special Agent Kelli O'Brien and Paralegal Specialist, Renalda Shaw ("Federal Defendants"), by and through the undersigned counsel, respectfully request a stay of proceedings in this matter pending the outcome of Plaintiff's criminal trial, which is nearing completion. In support of this motion, Federal Defendants state the following:

1.　　Antoine Jones ("Plaintiff"), a *pro se* pre-trial detainee, commenced this action against Federal Defendants alleging that his constitutional rights were violated when they illegally searched his nightclub, planted evidence during the search and failed to provide him with a copy of the executed search warrant.

2.　　In his criminal case before the Honorable Ellen S. Huvelle, Plaintiff is charged with one count of conspiracy to distribute and possession with intent to distribute five kilograms or more of cocaine and fifty grams or more of cocaine base. *United States v. Jones*, No. 05-0386, *Docket Entry* 384 at 1.

3.　　Federal Defendants' answer or other response to Plaintiff's complaint is due today.

4. In light of the fact that Plaintiff's criminal trial is nearing conclusion and such conclusion has ramifications for arguments to be made in support of Federal Defendants' response to Plaintiff's complaint, Federal Defendants respectfully request a 30-day stay of proceedings pending the outcome of the criminal trial.

5. Federal Defendants' request is countenanced by law. For example, in *Wallace v. Kato*, 127 S. Ct. 1091 (2007), a pre-trial detainee argued that the statute of limitations for his civil suit was tolled by the rule announced in *Heck v. Humphrey*, 512 U.S. 477 (1994). In addressing this very complicated issue, the Supreme Court noted that a district court had the inherent discretion to stay a civil proceeding pending the outcome of a criminal one. *Wallace*, 127 S. Ct. at 1098; *McSurely v. McClellan*, 426 F.2d 664 (D.C. Cir. 1970)(noting that courts have broad discretion to grant stays so as to coordinate the business of the court efficiently and sensibly).

6. There should be no prejudice to either party brought about by this short stay pending the outcome of the criminal proceedings.

7. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

January 9, 2008                                  Respectfully submitted,

                                                 _/s/_____
                                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                 United States Attorney

                                                 _/s/_____
                                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                 Assistant United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

                                                                                                        /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Federal Defendants' Motion to Stay Proceeding Pending the Outcome of the Criminal Trial to be served by first class mail upon *pro se* plaintiff at:

Antoine Jones  
DC# 241-912  
1901 D Street, S.E.  
Washington, D.D. 20003

on this 9th day of January 2008      _/s/_____  
                                                            KENNETH ADEBONOJO  
                                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,<br><br>      **Plaintiff**<br><br>      v.<br><br>NORMA HORNE, et al.<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1300 (RJL)<br>) (ECF)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Federal Defendants' Motion to Stay Proceedings Pending the Outcome of the Criminal Trial, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2008 hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that this matter is stayed for 30 days from today.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Antoine Jones
DC#241-912
1901 D Street, S.E.
Washington, D.C. 20003