```
                                              FILED
UNITED STATES DISTRICT COURT                  JAN 2 8 2008
FOR THE DISTRICT OF COLUMBIA
                                              NANCY MAYER WHITTINGTON, CLERK
                                                   U.S. DISTRICT COURT
```

| | |
|---|---|
| ANTOINE JONES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1300 (RJL) |
| NORMA HORNE, *et al.*, | : |
| Defendants. | : |

## ORDER

It is hereby

ORDERED that defendants' motion to stay [Dkt. #18] is GRANTED. It is further

ORDERED that defendants shall file their response to Plaintiff's Complaint within thirty days of the conclusion of the trial in <u>United States v. Antoine Jones, et al.</u>, Crim. No. 05-386 (ESH).

SO ORDERED.

*[signature]*

RICHARD J. LEON
United States District Judge

Date: 1/24/08

