<u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

CV 07-1300

RECEIVED
MAR 11 2008
JUDGE RICHARD LEON

Responding to Document #18 and Document #19

On January 24, 2008, Defendants Norma Horne requested the courts to stay pending outcome of Mr Jones' criminal case, and also on behalf of Kellie O'Brien, Reinaldo Shaw

The document was filed on January 28, 2008 and the court gave the order on January 24, 2008 the defendants shall file their response to plaintiffs complaint within thirty days of the conclusion of the trial in <u>United States v Antoine Jones</u> et al Crim No 05-386 (ESH).

Plaintiff Jones's trial was over on January 14, 2008 when Co-Defendant Maynard was found guilty.

The defendants have violated the court order by Honorable Judge Richard J. Leon by not responding in the 30 days ordered. This order is 29 days past due today March 4, 2008. The plaintiff is requesting the court to address this violation.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES,                :
                              :
            Plaintiff,        :
                              :
    v.                        :    Civil Action No. 07-1300 (RJL)
                              :
NORMA HORNE, et al.,          :
                              :
            Defendants.       :

### ORDER

It is hereby

ORDERED that defendants' motion to stay [Dkt. #18] is GRANTED. It is further

ORDERED that defendants shall file their response to Plaintiff's Complaint within thirty days of the conclusion of the trial in United States v. Antoine Jones, et al., Crim. No. 05-386 (ESH).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 1/24/08

## Orders on Motions
1:07-cv-01300-RJL JONES v. HORNE et al
JURY, PROSE-PR, TYPE-F

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 1/28/2008 at 3:55 PM EDT and filed on 1/28/2008

**Case Name:** JONES v. HORNE et al
**Case Number:** 1:07-cv-1300
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER granting [18] MOTION to Stay Pending Outcome of Criminal Case by RENALDA SHAW, KELLI OBRIEN. Signed by Judge Richard J. Leon on 1/24/08. (whb)**

**1:07-cv-1300 Notice has been electronically mailed to:**

Thomas James Foltz  thomas.foltz@dc.gov

Kenneth Adebonojo  kenneth.adebonojo@usdoj.gov, cindy.parker@usdoj.gov, tammatha.l.dawkins@usdoj.gov

Kara L. Petteway  kpetteway@fulbright.com

**1:07-cv-1300 Notice will be delivered by other means to::**

ANTOINE JONES
DC 241-912
CCA CORRECTIONAL TREATMENT FACILITY
1901 E Street, SE

Washington, DC 20003

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\Burwell\07-1300.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/28/2008] [FileNumber=1679800-0]
[22873ddbb7891f4ba27193fc5abe3ecd3631d85090dcc163607e42347c1e89635425
1b952af9632d3599e56a5f61df94b989ee510dc7bfe87cb0198326723ac5]]