

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE PLANTIFF IS REQUESTING THE COURTS TO SUP-PLEMENT THIS COMPLAINT IN REGARDS TO THE COMPLAINT OF NORMA HORNE, KELLIE OBRIEN, AND RENALDO SHAW IN THEIR OUTRAGEOUS CONDUCT OF PLANTED A GUN IN ROOM H DURING THE SEARCH OF CLUB LEVELS ON OCTOBER 24, 2005. THE PLANTIFF INCLUDES GRAND JURY TRANSCRIPTS, DETENTION HEARING'S TRANSCRIPTS, AND BOTH TRIAL TRANSCRIPTS, WHERE THERE ARE FALSE TESTIMONY AND CONTRADICTING TESTIMONY BY THE POLICE OFFICERS.

THE PLANTIFF ALREADY ESTABLISHED NORMA HORNE'S PERJURY TO THE GRAND JURY. (PG 5 LINE 4 THRU 10) WHERE TWICE SHE TESTIFIED <u>"WE"</u> SHE MENTIONS <u>"WE"</u> <u>"RECOVERED THE GUN"</u> AND THE OTHER SHE TESTIFIES <u>"WE"</u> <u>"RAISED THAT BOX UP AND THE GUN WAS UNDERNEATH"</u> LATER SHE TESTIFIED SHE WASN'T IN THE ROOM WHEN THE GUN WAS FOUND, SHE WALKS IN THE ROOM WHEN THEY WERE PHOTOGRAPHING THE GUN. NORMA HORNE NEVER MENTIONS IN HER TESTIMONY THAT "SHE OR WE" RECOVERED OR RAISED THE BOX. REFER YOU TO RACHEL WEBER CROSS PG 13 THRU PG 19 TUESDAY, NOVEMBER 7, 2006 10 AM SESSION.

NORMA HORNE TESTIFIED AND ADMITTED SHE DIDN'T FIND THE GUN, DURING MR BALAREZO'S CROSS EXAMINATION (PG 28 THRU 31)

BOTH NORMA HORNE AND KELLEE OBREEN TESTIFIED THEY SAW A MYSTERIOUS BLACK BOX. NEITHER COULD POINT OUT THE BLACK BOX FOR THE COURT FROM THE GOVERNMENT PHOTOS, NOR SHOW ANY EVIDENCE OF A BLACK BOX. JUST SOME BLACK DARK PHOTOS, NOT OF THE CLUB. I REFER YOU TO MR. MORRIS' CROSS PG 32 THRU 36. NORMA HORNE NOT ONCE COULD SHOW THE BLACK BOX OR PROVE THESE WERE PHOTOS IN OR OF THE CLUB.

DURING THE SECOND TRIAL, FRIDAY, NOVEMBER 30, 2007 DURING RACHEL LEEBER'S CROSS PG 27 LINE 11, 12, 13 MR. BALAREZO CHALLENGE NORMA HORNE'S TESTIMONY AND SHE DIDN'T FIND THE GUN, WHICH IMPEACHES HER GRAND JURY TESTIMONY. NORMA HORNE CHANGED HER TESTIMONY FROM "SHE" TO "THEY". DURING MR. BALAREZO'S CROSS NORMA HORNE WAS TRUTHFUL SHE DIDN'T FIND OR RECOVERED A GUN PG 81, 82. SHE ONLY MOMETS SHE SAW THE GUN BEING PHOTOGRAPHED, YET NO PROOF OF ANY GUN PHOTO IN THE CLUB OR ROOM H. THE GOVERNMENT BROUGHT IN KELLEE OBREEN TO CLEAR UP NORMA HORNE'S PERJURY. DURING RACHEL LEEBER'S CROSS EXAMINATION KELLEE OBREEN MENTIONS THES MYSTERIOUS BOX, ALSO MENTIONS SHE DIDN'T FIND THE GUN, NEVER MENTIONS WHO FOUND THE GUN. SHE TESTIFIED THAT SHE TOOK THE PHOTOS OF THE GUN, YET NORMA HORNE COULD NOT REMEMBER WHO PHOTO - GRAPHED THE GUN. DURING MR BALAREZO'S CROSS, KELLEE OBREEN COULDN'T EXPLAIN HER ORDER OF THE PHOTO LOG WITH THE GUN PHOTOS. SHE PERJURED HERSELF

SHE PERJURED HERSELF BY TESTIFYING SHE TOOK ALL OF THE PHOTOS BEFORE RETURNING TO ROOM H (PG 28 LINE 3 THRU 6) (P28 LINE 11 THRU 15)

TO SUM IT UP, I WOULD LIKE TO REFER THE COURT PG 32 LINE 19, 20, 21 MR IBTALAREZO ASKED THE QUESTIONS. "YOU DON'T KNOW IF SOMEBODY LIFTED THE BOX AND PUT A GUN ON THE, RIGHT ?" KELLIE OBRIEN RESPONDS (LINE 21) NO, LINE 22, 23 ALL YOU SAW WAS YOU HEARD, "OH WE HAVE A GUN AND YOU WENT OVER THERE AND YOU TOOK THESE PICTURES" IN THE TWO TRIALS NORMA HORNE NEVER MENTIONS KELLIE OBRIEN TAKING ANY PHOTOS.

THE FACT IS NORMA HORNE TESTIFIED PG 19 AND PG 20 ON FRIDAY NOVEMBER 30, 2007 1:55 PM THAT SHE KNEW WHO RENALDO SHAW IS, YET ON PG 20 LINES 3-5 SHE COULDN'T REMEMBER IF RENALDO SHAW WAS PRESENT IN ROOM H, ROOM H IS A VERY SMALL ROOM, ONLY A FEW PEOPLE COULD FIT IN IT. DURING THE SEARCH OF THE CLUB, IN ROOM H DOCUMENT SHOWS RENALDO SHAW RECOVERING AND SECURING THE GUN IN ROOM H.

THE PHOTOS SHOW A MALE HAND NOT A FEMALE HAND. NEITHER NORMA HORNE OR KELLIE OBRIEN TESTIFIED THAT RENALDO SHAW PLAYED A PART IN ROOM H, DURING THE SEARCH OF THE CLUB OCTOBER 24, 2005.

I CONCLUDE WITH THE PLAINTIFF'S PRELIMINAL TRIAL DETENTION HEARING, RACHEL WEBER STATED TO THE COURT THE GUN WAS RECOVERED FROM A DRAWER IN A DESK IN THE

OFFICE OF THE NIGHT CLUB, PG 5 LINE 6-12. AGENT YANTA DIDN'T CORRECT OR DISAGREE WITH NORMA HORNE'S STATEMENTS TO THE COURT. NOW WE HAVE CONTRADICTING TESTIMONY NORMA HORNE'S GRAND JURY TESTIMONY AND DURING NORMA HORNE'S TRIAL TESTIMONY AND KELLIE OBRIEN'S TRIAL TESTIMONY.

Certification of service
I certify that this motion was sent out MARCH 6 2008.

PRO SE: Antoine Jones
241 912
1901 D St SE
WAShington DC 20003

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
     vs.                      :   Criminal No. 05-0386-01
                              :
ANTOINE JONES                 :
                              :   Washington, D.C.
- - - - - - - - - - - - - - - x   October 27, 2005


TRANSCRIPT OF DETENTION HEARING
BEFORE THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Government:      RACHEL CARSON-LEIBER, ESQ.
                         Assistant United States Attorney

For the Defendant:       A. EDUARDO BALAREZO, ESQ.


**Proceedings recorded by the Court, transcript produced by Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307, Washington, D.C. 20005, 202-347-5395**
M9856A/bf

1    the number of times "Jones" is contained in the proffer, I

2    certainly haven't but it's, I would submit, probably every

3    page.  So I don't intend to belabor the factual proffer

4    much beyond identifying that -- or highlighting that

5    $69,000.00 was taken from his Jeep Grand Cherokee and a

6    gun was recovered from the office of his nightclub,

7    Levels.  I'm not sure that that's actually articulated in

8    the proffer.  Frankly, I haven't reviewed it in the last

9    few hours, where the gun was actually located within the

10   nightclub, but that was from a drawer in a desk in the

11   officer of the nightclub, Levels, of which he is the sole

12   proprietor.

13            I think that in every other respect the factual

14   proffer is comprehensive as to Mr. Jones.

15            The only other note I would make is that while

16   the Government has in fact included the substance of

17   several of the wire intercepted telephone calls on

18   Mr. Jones's cellular telephone, this is but a teeny-tiny

19   fraction of the number of phone calls that we've

20   intercepted that contained similar content.

21            You will see that throughout the proffer we talk

22   about numerous telephone conversations regarding tickets,

23   numerous telephone conversations regarding money, and I

24   just want to highlight that point to Your Honor.  I think

25   there was some confusion when I spoke with some of the

1    COURT REPORTER.    They're just one sticker?

2    MR. GEISE.    Why don't we just do one sticker.    That

3    would probably be easier.

4    WITNESS.    And it says on the list we recovered a

5    9mm Ruger.    And as you -- as the pictures come around, it's

6    going to be the black room that looks like an office.    It's

7    black.    And you'll see the picture of the Ruger.    It's -- an

8    example would be -- if this was the black box, it was over top

9    of that.    We raised that up and the gun was underneath, and

10   you'll see the photo of the gun with that raised.    And

11   photographs, mail matters, phone numbers, receipts, a money

12   counting machine and cell phones.    Also, as I go through some

13   of these search warrants, this is not everything that we

14   seized.    We limited the list down to what we thought were

15   items of interest and pertaining to what we were -- the

16   wiretap and the -- and criminal matters.    I'll stop there.    Do

17   you want me to just move onto the next one and pass the

18   pictures or how do you all --

19   MR. GEISE.    Do any members of the Grand Jury have

20   any questions at what was found at Levels?

21   (No oral response by the Grand Jury.)

22   BY MR. GEISE:

23   Q.    Now, just for reference, what time did these

24   pictures occur, approximately in the morning?

25   A.    Approximately 6:00 a.m., 6:30 a.m.    Wake up call.

*NORMA HORNE / LIEBER*

1

<pre>
 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLUMBIA

 3    -----------------------------X

 4    THE UNITED STATES OF AMERICA      Criminal Case No.

 5                 v.                   05-386

 6    ANTOINE JONES, et al,

 7              Defendants,

 8    -----------------------------X   Washington, D.C.
                                       Tuesday, November 7, 2006
 9                                     10:00 A.M.
                  VOLUME SEVEN - A.M. SESSION
10                  TRANSCRIPT OF TRIAL
              BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
11          UNITED STATES DISTRICT JUDGE, and a jury

12    APPEARANCES:

13    For the Government:         JACK GEISE, ESQUIRE
                                  RACHEL LIEBER, ESQUIRE
14                                Office of the U.S. Attorney
                                  555 4TH Street, N.W.
15                                Washington, D.C.  20560
                                  (202) 616-9156

16

17    For Defendant Jones:        EDUARDO BALAREZO, ESQUIRE
                                  400 Fifth Street, N.W.
18                                Suite 500
                                  Washington, D.C.  20001
19                                (202) 639-0999

20

21    Court Reporter:         Lisa Walker Griffith, RPR
                              U.S. District Courthouse
22                            Room 6409
                              Washington, D.C.  20001
23                            (202) 354-3247

24    Proceedings recorded by mechanical stenography, transcript

25    produced by computer.
       2
</pre>

9    BY MS. LIEBER:

10    Q    First, I'm showing you Levels SW-1.  What is that a

11    picture of?

12    A    The front of the nightclub.

13    Q    When was that photograph taken?

14    A    Once entry had happened and the premises was secured,

15    then it was photographed.

16    Q    It looks all dark in that picture.  About what time of

17    day was that warrant executed?

18    A    About 6 A.M.

19    Q    I'm going to show you Levels SW-2.  What is that a

20    picture of?

21    A    That's the office that's located on the entry level when

22    you enter the Club, if you went around to, as you enter the

23    Club if you went to the right past the stage.

24    Q    So that was an office?

25    A    Yes.

    13


1    Q    I'm going to show you now Levels SW-3.  What is that?

2    A    That's the same office but facing the opposite direction

3    in the office.

4    Q    I see the prominent letter H affixed to the wall.  Why

5    did you do that?

6    A    Every room that we photographed has a letter.

7    Q    Okay.  And we'll get to what was seized in a minute, but

8    did you recover a number of items from Room H, the office in

9    Levels?

10    A    Yes, there were some items recovered from there.

11    Q    Okay.  I'm going to show you Levels SW-4.  Do you see

12    that?

13    A    Yes.

14    Q    What is that a picture of?

15    A    That's a Ruger nine millimeter handgun.

16    Q    Where was it?

17    A    That was located in Room H.  There was, if you look at

18    this box right here, it was similar to this box.  You had to

19    lift the box up.  And underneath it was where the gun was

20    laying on the floor.

21         MS. LIEBER:  And just for the record, the Detective

22    is pointing to a wooden, caramel-colored wooden box sort of

23    affixed to the right most wall of the courtroom just below

24    the exit sign towards the jury room.

25
      14



1    BY MS. LIEBER:

2    Q    I'm going to show you Levels SW-5.  What is that?

3    A    That's another photograph of the weapon and they have

4    taken the magazine out of the weapon.

5    Q    Okay.  I see some shiny objects here.  What are those?

6    A    The ammunition.

7    Q    So was the gun loaded?

8    A    Yes.

9    Q    I'm going to show you Levels SW-44.  What is that?

10   A    That's the upper level of the Club.

11   Q   Levels SW-45?

12   A   I believe that's the upstairs.  Can I actually look at

13   the photo?

14   Q   Sure.

15   A   This is actually downstairs, and it depicts the stage

16   that you go off to the side to where the office is.

17   Q   Put this back on here now.  Which direction, on which

18   side of the photograph is the office?

19   A   Actually, the photo is taken somewhere near the entry,

20   and in the picture where you see the steps off to the left.

21   Q   Right here?

22   A   Yes.

23   Q   Yes.

24   A   The office is down there on the right.

25   Q   And finally, I'll show you Levels SW-46.  What is that a
        15

1   picture of?

2   A   That's another one of the bars that's located in the

3   Club.

4   Q   Now, Detective Horne, you said a gun was recovered

5   inside the nightclub.  I'm going to show you what I marked as

6   Levels SW-6.

7            MS. LIEBER:  Your Honor, I'm going show this to the

8   marshals so they know.

9            THE COURT:  Okay.

10            MS. LIEBER:  Your Honor, I'm going to move on from

11   that for a minute.

12    BY MS. LIEBER:

13    Q    Was the money counting machine also recovered?

14    A    Yes.

15    Q    Where was that recovered from?

16    A    I believe it was on the lower level of the Club, entry

17    level.

18    Q    Detective Horne, I've just shown you Levels SW-43, I

19    believe.  What is that?

20    A    It's the money counting machine that was recovered

21    October 24, 1960 Montana Avenue.

22    Q    October 24, 2005?

23    A    2005, I'm sorry.

24    Q    No, that's okay, 1960 Montana Avenue?

25    A    Yes.
      16

1            MS. LIEBER:  Your Honor, at this time we move

2    Levels SW-43 into evidence.

3            THE COURT:  Any objection?

4            MR. BALAREZO:  No, Your Honor.

5            THE COURT:  Forty-three is admitted.

6            (Government Exhibit Number Levels SW-43

7             was admitted into evidence.)

8            MS. LIEBER:  Your Honor, the weapon is now clear,

9    if I may approach the witness.

10            THE COURT:  What number is this?

11            MS. LIEBER:  This is Levels SW-6.

12            THE COURT:  Any objection?

13          MR. BALAREZO:  No, Your Honor.

14          (Government Exhibit Number Levels SW-6

15          was admitted into evidence.)

16   BY MS. LIEBER:

17   Q   What is that?

18   A   This is the nine millimeter handgun that was recovered

19   that morning from Room H at 1960 Montana.

20   Q   Is the clip in there also?

21   A   Yes.  The magazine is in here and the actual ammunition

22   should be in the envelope laying on the table there.

23          MS. LIEBER:  And Your Honor, I just want to move

24   that Levels SW-6 into evidence.

25          THE COURT:  I think we've already put it into

     17

1    evidence.

2          MS. LIEBER:  I'm sorry.  I will also now mark as

3    Levels SW-48 and show counsel.

4    BY MS. LIEBER:

5    Q   Detective Horne, showing you Levels SW-48, you testified

6    about that a little bit.  Can you open that and confirm the

7    contents of that?

8    A   (Complying.)

9    Q   What is that?

10   A   These are the, this is the ammunition that came out of

11   the weapon that was recovered from Room H.

12          MS. LIEBER:  Your Honor, at this time, I'd move

13   Levels SW-48 into evidence as well.

14          THE COURT:  No objection I take it?

15          MR. BALAREZO:  No, Your Honor.

16          (Government Exhibit Number Levels SW-48

17          was admitted into evidence.)

18   BY MS. LIEBER:

19   Q    Now, Detective Horne, were some documents seized from

20   the Levels nightclub?

21   A    Yes.

22   Q    I want to focus your attention first on the office, this

23   Room H that we've been talking about.  Were documents

24   recovered from Room H?

25   A    Yes.
     18


1    Q    Okay.

2          MS. LIEBER:  Your Honor, I'm going to show defense

3    counsel a series of exhibits?

4          THE COURT:  Are they numbered individually?

5          MS. LIEBER:  They are, Your Honor.  I'll read those

6    numbers first.  Levels SW-27, 28, 29, 30, 31, 32, 33, 34, 35,

7    36, 37, which is a four-page document, 38, 39, and 40.

8          (Counsel peruse the documents.)

9          MS. LIEBER:  If I may have the Court's indulgence

10   to consult with Mr. Geise.

11          (There was a pause in the proceedings.)

12          MS. LIEBER:  While the defense is reviewing those,

13   I'm going to actually display the gun on the Elmo.

14          THE COURT:  All right.  What's the exhibit number

*GUN*
*NORMA HORNE / BALAREZO*

1      UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF COLUMBIA

3  -----------------------------X

4  THE UNITED STATES OF AMERICA     Criminal Case No.

5          v.          05-386

6  ANTOINE JONES, et al,

7          Defendants,

8  -----------------------------X   Washington, D.C.
                          Wed., November 8, 2006
9                         9:45 A.M.
                  VOLUME SEVEN A.M. SESSION
10                   TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
11      UNITED STATES DISTRICT JUDGE, and a jury

12  APPEARANCES:

13  For the Government:      JACK GEISE, ESQUIRE
                      RACHEL LIEBER, ESQUIRE
14                      Office of the U.S. Attorney
                      555 4TH Street, N.W.
15                      Washington, D.C.  20560
                      (202) 616-9156
16

17  For Defendant Jones:      EDUARDO BALAREZO, ESQUIRE
                      400 Fifth Street, N.W.
18                      Suite 500
                      Washington, D.C.  20001
19                      (202) 639-0999

20

21  Court Reporter:      Lisa Walker Griffith, RPR
                  U.S. District Courthouse
22                  Room 6409
                  Washington, D.C.  20001

8   Q   When you testified that Mr. Jones arrived at such

9   location, again, you did it with a certainty that you said

10  that that picture was Mr. Jones, right?

11  A   Correct.

12  Q   Now, you also testified yesterday about a gun that was

13  found at the Levels Night Club?

14  A   Yes, sir.

15  Q   I'll show you Levels SW Number 4.  I believe you

16  indicated that that was the gun that was found at the Levels

17  Night Club, correct?

18  A   Yes, sir.

19  Q   This is SW-5 is another picture of the same weapon,

20  right?

21  A   Yes, sir.

22  Q   Did you yourself find that item?

23  A   No, sir.

24  Q   So, when you testified that a gun was found, you're

25  relying on what somebody else told you, correct?

     28


1   A   No, I actually walked in there when they were

2   photographing the weapon.

3    Q    My question was did you find the gun?

4    A    No, I did not find the gun.

5    Q    Did you lift that box as you described it?

6    A    No, I did not.

7    Q    So, again, when you're telling this jury, when you're

8    sitting there as if you did it, you're relying on somebody

9    else's testimony or what somebody else told you, correct?

10    A    Correct and what I saw.

11         THE COURT:  I'm sorry.  And what I saw?

12         THE WITNESS:  And what I saw.

13         THE COURT:  I didn't understand that.

14         THE WITNESS:  The gun was laying there.  The big

15    square box was held up and they took a photograph.  So I saw

16    that.

17         THE COURT:  So you saw the gun in the box like it

18    is there?

19         THE WITNESS:  Yes.

20         THE COURT:  But you're not the one that actually

21    first found it?

22         THE WITNESS:  Correct.

23    BY MR. BALAREZO:

24    Q    You're not the one that lifted the box, right?

25    A    No, sir.

         29

1  Q  You're not the one that uncovered the gun?

2  A  No, sir.

3  Q  You just got there and you saw a picture being taken?

4  A  Correct.

5  Q  And somebody else told you what they did or what

6  happened.  And you testified yesterday as if you were the one

7  that located it, right?

8      MS. LIEBER:  Objection.

9      THE COURT:  Sustained.

10  BY MR. BALAREZO:

11  Q  And although it was somebody else who told you what

12  happened, you're testifying here with the same certainty as

13  when you testified that that was Mr. Jones, correct?

14  A  Correct.

15  Q  Now, that particular weapon was found in Room H of the

16  nightclub?

17  A  I believe that's, yes, sir.

18  Q  All right.  And Room H is, was on the first floor of the

19  nightclub; is it not?

20  A  Correct.

21  Q  It's in a location right as you come in through one of

22  the doors to the right I believe?

23  A  Back past the stage on the left through a walkway.

24  Q  And the Room H wasn't locked in any way, was it, when

25  you went in?

30

1  A  Several doors had to be breached by the SWAT team.

2  Q  I'm not talking about several doors.  I'm talking about

3  Room H.

4  A  I'm not sure if it was locked or not.

5  Q  And you don't know -- well, given that it was a

6  nightclub, it was obviously the location was opened to the

7  public at certain times, correct?

8  A  The nightclub you're asking me if it's open?

9  Q  Yes.

10  A  Sure, yes.

11  Q  And people came and went to the nightclub, correct?

12  A  Correct.

13  Q  But you have no idea who may have come and gone into

14  that Room H and put the gun there, correct?

15  A  Yes.

16  Q  Besides the fact that it was just found at the Levels

17  Night Club, you have absolutely no evidence tying that gun to

18  Antoine Jones; is that right?

19  A  Correct.

20  Q  You have no fingerprints, right?

21  A  No.

22  Q  You don't have a picture of Mr. Jones holding that gun

23  or anything of that nature?

24  A  No, sir.

25  Q  Because we would have heard about it already, right?

     31

1  A  Correct.

2  Q  Now, you actually went into the Club during the search

3  warrant, correct?

4  A  Yes, sir.

5  Q  This was what, a little after 6:00 in the morning?

6  A  Yes, sir.

7  Q  And the reason you went in a little after 6:00 in the

8  morning was because, in part, not the total reason but in

9  part, you want to have the element of surprise, correct, when

10  you do a search?

11  A  Actually, that's the time that we slotted.  There were

12  so many people to organize and so many warrants at that time

13  in the morning to do, that's what we picked as a time to do

14  it.

15  Q  Well, the Club wasn't open at that time, right?

16  A  Correct.

17  Q  I mean, you're not going to just go and do the search at

18  11:00 at night on a Friday, correct?

19  A  Correct.

20  Q  Six o'clock in the morning on a Monday, I believe,

21  right?

22  A  Yes, sir.

23  Q  There was nobody at the Club?

24  A  Correct.

25  Q  Mr. Jones wasn't there?

32

1  A  Correct.

2  Q  And to the best of your knowledge, he wasn't expecting

3  you to come to the Club and search the premises, correct?

4  A  To the best of my knowledge, I'm sorry?

5  Q  He wasn't expecting you to come and search the premises,

6  right?

7  A  I don't know what he was expecting, sir.

8    Q   Do you think that he was expecting you that morning?

9    A   I don't know --

10        MS. LIEBER:  Objection.

11        THE COURT:  Sustained.  She doesn't know.

12   BY MR. BALAREZO:

13   Q   When you got to the Club, there were several rooms in

14   the Club that were basically a mess; is that right?

15   A   What's a mess?

16   Q   They weren't tidy.  There was stuff all over the place,

17   that kind of thing, right?

18   A   I don't know if I would say it was messy.

19   Q   That's fine.  Now, Ms. Lieber asked you a couple

20   questions about documents that you found or that were found

21   and you testified about relating to F.T.N., the movers and a

22   consultant.  Do you remember those?

23   A   Yes, sir.

24   Q   And I'll just put these up just as a point of reference.

25   You indicated that this was found at the Club, right?  And

        33

*GUN*

*NORMA HORNE / NORRIS*

1          UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
2
    --------------------------X
3
    THE UNITED STATES OF AMERICA          Docket No. CR-05386
4
        vs.              Washington, D.C.
5                  Wednesday, November 8, 2006
    ANTOINE JONES,              1:n55 p.m.
6  ADRIAN JACKSON,
    MICHAEL HUGGINS,              (Day 8)
7  KEVIN HOLLAND,
                    (AFTERNOON SESSION)
8  Defendants.
    --------------------------X
9

10

11          TRANSCRIPT OF TRIAL
        BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
12      UNITED STATES DISTRICT JUDGE, and a jury

13

14  APPEARANCES:

15  For the Government:      JACK GEISE, ESQUIRE
                  RACHEL LIEBER, ESQUIRE
16              Office of the U.S. Attorney
                  555 Fourth Street, N.W.
17              Washington, D.C.  20560
                  (202) 616-9156
18
    For the Defendant Jones:    EDUARDO BALAREZO, ESQUIRE
19              400 Fifth Street, N.W.
                  Suite 300
20              Washington, D.C.  20001
                  lawoffice@balarezo.net
21

22

23

1  BY MR. NORRIS:

2  Q. And you are familiar with that call as well; correct?

3  A. Correct.

4  Q. And in that call they're talking about the liquor license

5  for the club; correct?

6  A. One of the license, yes, sir.

7  Q. Okay. Do you know whether it's the liquor license or some

8  other license?

9  A. I don't know which license it actually is.

10  Q. Okay. And when you were being questioned by Mr. Balarezo,

11  he showed you a number of the checks that were written for the

12  purchasing of liquor for the club; is that correct?

13  A. Correct.

14  Q. The Washington Wholesale Liquor checks; is that correct?

15  A. Yes, sir.

16  Q. Okay. Now, I would like to ask you a little bit about your

17  search of the club. Now, you testified on direct about a

18  firearm that was found in the club; is that correct?

19  A. Yes, sir.

20  Q. And that firearm is depicted in Government's Levels SW

21  No. 5; correct?

22  A. That's after it's been moved, but yes, sir.

23  Q. Okay. Well, you mentioned that in this particular

24  photograph, SW-5, it's after it's been moved; is that correct?

25  A.  Yes.

32

1  Q. And where was this photo -- where is the gun located in

2  this photograph?

3  A. What do you mean, where was it --

4  Q. Yeah. The photograph is being taken. Do you know where

5  the gun is at the time that this photograph was being taken?

6  A. It's still in the office, but they have pulled the magazine

7  out and made -- as we call it, made the weapon safe.

8  Q. Okay. Well, it appears like there's some sort of

9  background underneath it or behind it; is that correct?

10  A. Yes, sir.

11  Q. Okay. What is that background, do you know?

12  A. I think it might be that black thing, similar to this. It

13  was a square --

14  Q. Okay. Were you --

15  A. -- like stand.

16      THE COURT: Wait, wait, wait.

17  BY MR. NORRIS:

18  Q. I'm sorry, I didn't mean to interrupt you.

19      THE COURT: It was a black background, I'm sorry,

20  similar to what?

21      THE WITNESS:  The object that was on top of the

22  weapon, it's like a black box-type stand, as I described

23  before, and I believe they put it on top and photographed it.

24  BY MR. NORRIS:

25  Q.  Okay.  Were you present when it was photographed?

33

1  A.  Yes, sir.

2  Q.  Okay.  Now, let me show you Levels SW-4.  This is the

3  photograph where you are referring to the gun being found

4  under; is that correct?

5  A.  Correct.

6  Q.  Okay.  And according to your direct testimony, in this

7  picture, SW-4, the gun is actually on the ground or on the

8  carpeting in the office; is that correct?

9  A.  It's on the carpet, yes, sir.

10  Q.  Okay.  And there is an item sort of in the top center

11  portion, looks like maybe three sides of a box.  Is that what

12  you're referring to?

13  A.  Yes, the box is being held up.

14  Q.  Okay.  And you actually saw that box; is that correct?

15  A.  Yes, sir.

16  Q.  And where was that box located?

17  A.  In the office, which is Room H.

18  Q.  Okay.  And the office is depicted in Government's Levels

19  SW-2; is that correct?

20  A.  That's part of it, yes, sir.

21   Q.   Okay.  Do you see the black box in this photograph?

22   A.   It would be behind the photographer.  There is another

23   photo they took showing the backside of the office --

24   Q.   Okay.

25   A.   -- that I was shown on direct.  If you have that one, I

34

1  can --

2         MR. BALAREZO:  Okay.  Court's indulgence.

3  BY MR. NORRIS:

4  Q.  I believe I have the photographs that were used on direct.

5  Let me show you what's been marked as Government's Levels SW-3.

6  Is this the photograph to which you're referring?

7  A.  Yes.  If you -- behind the door --

8  Q.  Okay.

9  A.  -- is the -- the black box is behind the door, the door is

10  open and obstructing that part of the view.

11  Q.  Okay.  Well, if I may, let me put side-by-side Government's

12  SW-2 on the left side of the Elmo and Government's SW-3 on the

13  right side of the Elmo.  It's fair to say they both show the

14  door.  In SW-2 it's in the middle of the right side where I'm

15  pointing; is that correct?

16  A.  It's to the right of the photo, yes, sir.

17  Q.  Okay.  And in SW-3 it's middle left?

18  A.  To the left of the photo, yes, sir.

19  Q.  Okay.  And when I refer to "it," I'm referring to the door;

20  is that correct?

21  A.  Yes.

22  Q.  Okay.  Fair to say neither of those photographs show the

23  black box where you say the gun was recovered; is that correct?

24  A.  No, sir.

25  Q.  Okay.  And you weren't shown any other photo --

35

1     THE COURT:  You mean yes, it's correct, you can't see

2  it in the picture?

3     THE WITNESS:  Correct.

4  BY MR. NORRIS:

5  Q.  Okay.  And you weren't shown any other photographs on

6  direct that actually showed where the black box was in that

7  room; correct?

8  A.  No, I know where the box was.

9  Q.  Okay.  But, Detective, you would agree with me if you're

10  documenting a crime scene where contraband is recovered, you'd

11  want to take a photograph showing where in the room that

12  contraband is; is that correct?

13  A.  Correct.

14  Q.  And there's no photograph of that black box oriented in the

15  room that you're aware of; is that correct?

16  A.  Correct.

17  Q.  The only photograph of the black box is SW-4, and you can't

18  really tell where that box is in that photograph; correct?

19  A.  That's fair.

20  Q.  Okay.  And there is no evidence connecting that gun to any

21  one individual, is that fair to say?

22  A.  That's fair.

23  Q.  There's certainly nothing connecting it to my client,

24  Mr. Jackson; correct?

25  A.  That's fair.

1

1                     UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLUMBIA

3       ------------------------------X

4       THE UNITED STATES OF AMERICA        Criminal Case No. 05-386

5                      v.                   *VOLUME 12 - A.M. SESSION*

6       ANTOINE JONES, et al,

7                      Defendants,

8       ------------------------------X    Washington, D.C.

9                                          Friday, November 30, 2007
                                           9:50 A.M.

10                           TRANSCRIPT OF TRIAL
                   BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
11               UNITED STATES DISTRICT JUDGE, and a jury

12      APPEARANCES:

13      For the Government:            JACK GEISE, ESQUIRE
                                       RACHEL LIEBER, ESQUIRE
14                                     Office of the U.S. Attorney
                                       555 4TH Street, N.W.
15                                     Washington, D.C.  20560
                                       (202) 616-9156
16

17      For Defendant Jones:           EDUARDO BALAREZO, ESQUIRE
                                       400 Fifth Street, N.W.
18                                     Suite 500
                                       Washington, D.C.  20001
19                                     (202) 639-0999

20

21      Court Reporter:                Lisa Walker Griffith, RPR
                                       U.S. District Courthouse
22                                     Room 6409
                                       Washington, D.C.  20001
23                                     (202) 354-3247

24      Proceedings recorded by mechanical stenography, transcript

25      produced by computer.

1          (Bench conference.)

2          MR. BALAREZO:  Your Honor, I believe that she was

3   not the agent or the law enforcement official who was actually

4   doing the search of that particular room.  So I'm objecting as

5   a basis for her testimony.  I mean, somebody told her that

6   documents were found there, that's hearsay.  Unless she was

7   the one who searched that office, I don't think she can

8   testify about it.

9          MS. LIEBER:  She collected everything and she has

10  reviewed all the Levels stuff that was collected.  I think --

11         MR. BALAREZO:  Because the thing is with the gun,

12  she didn't find the gun.  She came in when they were

13  photographing it.

14         THE COURT:  Well, if she saw it wherever they found

15  it, that's fine.  She can testify to what she saw.  She can't

16  testify for the truth of what people are telling her where

17  things were.  I don't know what other purpose you are putting

18  it in for.

19         MS. LIEBER:  Your Honor, I will say that Detective

20  Horne was the witness who moved all the stuff in the last

21  time.  There was never a challenge.  It didn't occur to me

22  this was a problem.  We're moving in papers from the search

23  warrant and the gun from the search warrant.

24         THE COURT:  Where it was all found, it's

25  significant.  She can't do it unless she can say where she saw

1  it.  Doesn't matter what she said last time.

2  　　　　MS. LIEBER:  It just takes me off guard.

3  　　　　THE COURT:  Does it matter where each thing was

4  found?

5  　　　　MS. LIEBER:  No, when you talk about, in other

6  words, I am going to narrow this and focus this to a few items

7  of evidence that were seized so we can be done with this

8  witness.

9  　　　　THE COURT:  Fine, but to the extent you were going

10 to say it was found there, if she can't say it from personal

11 information, she can say it was found from Levels because it

12 was in the possession, she saw the stuff in Levels.  But she

13 has to have personal information to say it was found in a desk

14 drawer underneath papers.

15 　　　　MS. LIEBER:  I wasn't going to even ask that

16 question.  I just wanted to be short and to the point about

17 it.

18 　　　　THE COURT:  Everybody wants to be short and to the

19 point.  Just decide what is important.  She can't put it some

20 place if she didn't see it there when it was either already

21 being photographed or found it there.

22 　　　　MS. LIEBER:  I don't know.

23 　　　　THE COURT:  Location seems to me not important.  All

24 right.

25 　　　　(Open Court.)

```
 1            THE COURT:  All right.

 2   BY MS. LIEBER:

 3   Q    Detective Horne, let me just do this first of all.  Let

 4   me get through the rest of the pictures, and then I'm going to

 5   ask you about what was seized, okay?

 6   A    Okay.

 7   Q    So, SW-2 is a photograph of the office?

 8   A    Correct.

 9   Q    Okay.  And did you actually enter that office the morning

10   of the search warrant?

11   A    I did eventually go in there, yes.

12            THE COURT:  What?

13            THE WITNESS:  I did go in there.

14            THE COURT:  What number is that again?

15            MS. LIEBER:  That's 2.

16   BY MS. LIEBER:

17   Q    Now, Levels SW-3, what is that a photograph of, Ma'am?

18   A    That's the same office.

19   Q    Okay.

20   A    From a different vantage point, as standing by the desk

21   area shooting back towards the door.

22   Q    Okay.  Now, the next two photographs, Detective Horne, in

23   addition to paperwork that was recovered from the Night Club

24   Levels, were any weapons recovered from there?

25   A    Yes.
```

1   Q    Okay.  And what specifically was recovered?

2   A    A semi-automatic handgun was recovered from the office.

3   Q    Okay.  And was it loaded, do you know?

4   A    Yes.

5            MR. BALAREZO:  Your Honor, again, objection.

6            THE COURT:  How do you know?  Did you see it there?

7            THE WITNESS:  I saw the weapon after they lifted the

8   box where it was.

9            THE COURT:  Where was it located when you saw it?

10           THE WITNESS:  It was still on the floor.  They were

11  photographing it and the box was up.

12           THE COURT:  In what room did you see it?

13           THE WITNESS:  The office, which I believe is Room H.

14           MS. LIEBER:  And Your Honor, I'm now showing --

15           THE COURT:  Room what?

16           THE WITNESS:  H.

17  BY MS. LIEBER:

18  Q    H as in Henry?

19  A    Yes.

20           MS. LIEBER:  Your Honor, I'm showing to defense

21  counsel what is marked Levels SW-6 and Levels SW-48.  Your

22  Honor, just for the record, for the Marshal's benefit, this

23  gun has been cleared.

24           THE COURT:  All right.

25

1    BY MS. LIEBER:

2    Q    Detective Horne, I'm showing you Levels SW-6 and 48.    Can

3    you tell me if you recognize those items?

4    A    Yes.

5    Q    What are those?    First of all, what is 6?

6    A    Six is actually the box that contains the Ruger, nine

7    millimeter.

8    Q    Okay.    Is that a handgun?

9    A    Yes.

10   Q    Is that the gun that was seized from Levels?

11   A    Yes.

12   Q    And you said that it was found in the office.    Did you

13   yourself actually see it in place in the office before it was

14   seized?

15   A    Yes.

16   Q    Okay.    Where specifically in the office was it located?

17   A    There's, like there was a box almost like you would put a

18   plant on it or something.    But there was a box and it was

19   underneath that box.    It was open.

20   Q    And I'm going to show you now Levels SW-4, which is in

21   evidence.    Do you see that?

22   A    Yes.

23   Q    What is that a photograph of?

24   A    That's a photograph of the gun in place and the box.    You

25   see the, they've kind of, they've raised it up, up on the top

1    part of the picture.

2    Q    Okay.  And finally, Detective, I'm going to show you

3    Levels SW-5.  What is that?

4    A    That is a photograph of the weapon and the agent had

5    removed the magazine.

6              THE COURT:  I'm sorry.  Is 6 in evidence?

7              MS. LIEBER:  I'm sorry, Your Honor.  I would move 6

8    into evidence at this time.  Thank you.

9              THE COURT:  Any objection?

10             MR. BALAREZO:  Six is the weapon?

11             THE COURT:  Yes.

12             MR. BALAREZO:  No objection.

13             THE COURT:  All right.

14             (Government Exhibit Number Levels SW-6

15                was admitted into evidence.)

16   BY MS. LIEBER:

17   Q    Now, I'm just going to point here on the, and I'm, for

18   the record, pointing to the copper-colored item at the top of

19   the magazine here.  What is that, Detective Horne?

20   A    Those are the rounds of ammunition.

21   Q    Okay.  Bullets?

22   A    Yes.

23   Q    Okay.  And I want you now to look at Levels SW-48, I

24   believe.  What is that?

25   A    It's the, it contains the actual bullets removed from the

1    magazine.

2        MS. LIEBER:  Okay.  And Your Honor, I would

3    move Levels --

4    BY MS. LIEBER:

5    Q    Well, how do you know that those are the bullets from

6    that particular gun?

7    A    Actually, when the paperwork is filled out, it actually

8    says, you have to separate --

9        MR. BALAREZO:  Your Honor, we have no objection.

10        THE COURT:  All right.  Mr. Lyons, you agree?

11        MR. LYONS:  Yes, Your Honor.

12        THE COURT:  Nine is in.  Those are the bullets,

13    right?

14        MS. LIEBER:  Yes.

15        THE COURT:  All right.

16        (Government Exhibit Number Levels SW-9

17            was admitted into evidence.)

18    BY MS. LIEBER:

19    Q    Now, I want to talk to you about some of the other items

20    that were seized from Levels.  And what I'll do is just walk

21    all the way up there and share your microphone.

22        Detective Horne, I want to talk to you now about a

23    number of items of evidence that were seized from Levels.  And

24    first, I'm going to hand you Levels SW-19.  What is that?

25    A    SW-19 is a, it's showing an event for a free Labor Day

1  right?

2  A    It's up here.

3          THE COURT:  It's right here.

4          MR. BALAREZO:  Okay.  That's fine.  We can leave it

5  up there.

6  BY MR. BALAREZO:

7  Q    That that, according to you, was found at Levels; is that

8  right?

9  A    That was found at Levels, sir.

10  Q    You personally did not find that weapon, right?

11  A    Correct.

12  Q    You did not locate it in any fashion?

13  A    No.

14  Q    Right?  Your first contact with that weapon was, you walk

15  into a room and it's being photographed; is that right?

16  A    Correct.

17  Q    So, you didn't see whether whoever found the weapon or

18  was photographing the weapon took it out of a specific

19  location and put it in another location to photograph, did

20  you?

21  A    It was photographed where it was located, sir.

22  Q    Did you see that, I said?  You didn't see the gun being

23  found, correct?

24  A    Correct.

25  Q    When you walk in the room, the weapon is being

1    photographed.  That's what you know?  That's what you saw?

2    A    Correct.

3    Q    Now, you said that that weapon was found in Room H; is

4    that correct?

5    A    That's correct.

6    Q    And Room H is what, an office?

7    A    Correct.

8    Q    In fact, you can't tell the jury that that is Antoine

9    Jones's personal office if he had a personal office at Levels,

10   can you?

11   A    I'm not sure.

12   Q    Either you can or you can't.

13   A    I don't know if it's his office.

14   Q    In fact, there were two other offices at Levels, right?

15   Do you remember that?

16            And I'll show you the sketch.  This is the third

17   page, fourth page of Exhibit 37.  Do you see Room J?  And then

18   and what I'm showing you, the fourth page, is a diagram that

19   was created by some law enforcement official, correct?

20   A    Correct.

21   Q    And that's a diagram of the Levels Night Club just to

22   show where locations are?

23   A    Correct.

24   Q    And J is another office at least according to this

25   diagram; is that correct?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
UNITED STATES OF AMERICA       :
                               :
            v.                 :       Criminal Case No. 05-386
                               :
ANTOINE JONES, et al,          :          Washington, D.C.
                               :       Friday, November 30, 2007
                               :            1:55 p.m.
                               :            Day 12
            Defendants,        :
------------------------------x

PM SESSION
TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE, and a jury

APPEARANCES:

For the Government:            JACK GEISE, Esquire
                              RACHEL LIEBER, Esquire
                              Assistant United States Attorneys
                              555 4th Street, NW
                              Washington, DC  20560
                              (202) 616-9156

For Defendant Jones:          EDUARDO BALAREZO, Esquire
                              400 Fifth Street, NW
                              Suite 500
                              Washington, DC  20001

For Defendant Maynard:        JAMES L. LYONS, Esquire
                              Kellogg, Williams & Lyons
                              1350 Connecticut Avenue, NW
                              Suite 600
                              Washington, DC  20036
                              (202) 496-0722

1          MS. LIEBER:  Your Honor, in terms of scheduling, I

2    have addressed this.  I don't think this needs to be on the

3    record.

4          THE COURT:  It's all right, go ahead.

5          (Scheduling matters discussed off the record.)

6          THE COURT:  All right, let's call the detective back.

7    Bring in the jury.  We'll take these two witnesses.

8          (Witness resumes the stand.)

9          (Jury present.)

10          THE COURT:  Good afternoon, ladies and gentlemen.

11          THE JURY:  Good afternoon.

12          THE COURT:  Thank goodness it's Friday.

13          THE JURY:  Yes.

14          THE COURT:  I understand that's the name of a

15    restaurant.  We're getting there. Okay.

16          MR. BALAREZO:  I'll try to help that along, Your

17    Honor.  Thank you.

18          THE COURT:  Okay.

19          GOVERNMENT WITNESS NORMA HORNE PREVIOUSLY SWORN

20                CROSS EXAMINATION (CONTINUED)

21    BY MR. BALAREZO:

22    Q.    Agent Horne -- Detective Horne, apologize.

23    A.    Yes, sir.

24    Q.    I frankly forgot what I asked you last.  I want to start

25    something new.

1          THE COURT:  We have a tape so.

2          MR. BALAREZO:  Sorry?

3          THE COURT:  We have a tape if you need it.

4          MR. BALAREZO:  No, that's all right.  I'll leave

5   those alone.

6   BY MR. BALAREZO:

7   Q.   The Levels Nightclub search warrant that we were talking

8   about, you indicated that this weapon was found in Room H at

9   the club?

10  A.   Yes, sir.

11  Q.   We've established that that was an office, but you can't

12  tell whose office that was, correct?

13  A.   Correct.

14  Q.   I believe you said that you didn't find it.  You walked in

15  when the picture was being taken.  The picture I'm referring to

16  is -- I'm going to show you Levels SW Number 4 which is in

17  evidence.

18       This is the point at which you walked into the room,

19  Room H, and observed this weapon; is that right?

20  A.   Correct.

21  Q.   You personally did not take this picture either, right?

22  A.   No, sir.

23  Q.   And this is the weapon of course that we're, that we're

24  talking about, correct?

25  A.   Correct.

 1  Q.   And is it your understanding that where the weapon is in

 2  this picture is where it was found?

 3  A.   Yes, sir.

 4  Q.   Okay.  And what surface, if you can tell us where the gun

 5  is, what is this around it, do you know?  Is it a wall, is it a

 6  floor, is it the ceiling?

 7  A.   Oh, the floor.

 8  Q.   And this item here is some kind of box I believe you said

 9  previously?

10  A.   Yes.

11  Q.   Under which the gun was found?

12  A.   Yes.

13  Q.   And the way the picture is showing us something, it's

14  basically if the weapon was covered, the box is being lifted

15  up; is that right?

16  A.   Yes.

17          THE COURT:  What kind of box?  I'm having trouble

18  visualizing it.

19          THE WITNESS:  Kind of like this one.

20          THE COURT:  Sorry?

21          THE WITNESS:  But it's like this one and you could

22  lean it back.

23          THE COURT:  Kind of like what one?  I don't know what

24  you're pointing at.

25          THE WITNESS:  I don't know, your cabinet here, but if

1  you were able to pick it up and it was hollow and you just kind

2  of shifted.

3          THE COURT:  A wooden?

4          THE WITNESS:  Yeah, I would put a plant on it or

5  something.

6          THE COURT:  It's not a cardboard box and it's not a

7  shoe box or something?

8          THE WITNESS:  No.

9          THE COURT:  I see.  So was it hollow and what you're

10 looking at is the ground?

11         THE WITNESS:  Where the gun is is the ground and the

12 upper part of the picture is the hollowed out part of the box.

13         THE COURT:  Okay.

14         THE WITNESS:  I don't know how else to describe it,

15 it's a square object.

16         THE COURT:  To the left is a trash bag of some sort,

17 doesn't it look like?

18         THE WITNESS:  That's what it looks like, right.

19         THE COURT:  Okay, all right.  I don't understand what

20 kind of box it is.

21         MR. BALAREZO:  I was trying to get there.

22 BY MR. BALAREZO:

23 Q.   So this thing right here is the bottom of the box

24 basically, right?

25 A.   Correct.

1    Q.    And that's, it's a square, just a perspective shows it

2    kind of in a different shape.  All right.

3        Now that box was like the one in the corner here that you

4    described here, right?

5    A.    Oh, you mean level with the floor, yeah.

6    Q.    You pointed to that corner, you said it was like that box?

7    A.    Similar.

8    Q.    Well, you saw it, right?

9    A.    Yes.

10   Q.    And just for the record, the box that you're describing is

11   the box -- I don't know if every one can see it -- in the

12   corner of the room behind the monitor, it looks to be a wooden

13   box that's against the wall about three feet across, maybe a

14   foot and a half deep and about two and a half feet tall,

15   something like that, is that fair?

16   A.    I guess it's fair.  I don't know the exact dimensions of

17   this box.

18           MR. BALAREZO:  Just so that our record is complete,

19   what courtroom are we in, Your Honor?

20           THE DEPUTY CLERK:  Fourteen.

21           MR. BALAREZO:  Fourteen.  It's a box right outside by

22   the jury entrance in the corner.  How would you describe that,

23   Your Honor, sitting on the, sitting at the bench to the left

24   corner of the room?

25           THE COURT:  Right.  Are you suggesting the dimensions

1  are the same or just the idea sort of like a cube type box?

2          THE WITNESS:  I'm just saying that it's square,

3  square.  I don't, I don't know the exact dimensions.

4          THE COURT:  All right.

5  BY MR. BALAREZO:

6  Q.    So now that gun was found in Room H, and I think Levels

7  Search Warrant Number 2, you see that?

8  A.    Yes.

9  Q.    That is in evidence, this is Room H, correct?

10 A.    Correct.

11 Q.    And you're saying that this is the room where the gun was

12 found, right?

13 A.    Correct.

14 Q.    Can you see the entire picture?  I'll move it or bring it

15 to you.  Can you show us where that box under which the gun was

16 found is located?

17 A.    It would be -- there was another picture shooting from the

18 other angle but it's behind the door here.

19 Q.    Okay.  You're talking about this door right here?

20 A.    To the right of this picture.

21 Q.    This is the door you're referring to, right?

22 A.    Yes, sir.

23 Q.    You said that there's another picture basically being

24 taken from let's say this side looking out of the picture?

25 A.    Yes.

```
 1  Q.    Okay.
 2              THE COURT:  What number is that on the screen?
 3              MR. BALAREZO:  That's SW Number 2.
 4              THE COURT:  Two?
 5              MR. BALAREZO:  Levels Search Warrant Number 2.
 6  BY MR. BALAREZO:
 7  Q.    This is the one you're talking about, Levels Search
 8  Warrant Number 3?
 9  A.    Yes.
10  Q.    And this is the other picture?
11  A.    Yes, sir.
12  Q.    Where is the box that, where the gun was found?
13  A.    Behind the door.
14  Q.    Behind this door?
15  A.    Yes, on the left side of this picture.
16  Q.    So if you cannot see this box that you said was lifted and
17  there was a gun under it in either of these two pictures; is
18  that right?
19  A.    Correct.
20  Q.    I'm sorry?
21  A.    Correct.
22  Q.    Okay.  And well, in your affidavit you had mentioned that,
23  you know, weapons and that kind of thing was something that
24  drug traffickers had, and that's one of the reasons you wanted
25  the search warrant to find that kind of evidence, right?
```

1  A.    For evidence, correct.

2  Q.    And according to you, that type of evidence was found and

3  I'm showing Number 4 under a box in Office H but there's no

4  picture of the box itself in the room?  Is that what you're

5  telling us?

6  A.    No, it's behind the door.

7  Q.    You haven't seen one, right?

8  A.    No.

9  Q.    Just so we're clear, Government's Number 4, Search Warrant

10 Number 4, there's that box and right next to the box there is

11 a, what appears to be a trash bag, would you agree?

12 A.    Okay, piece of plastic.  I don't know if it's a trash bag.

13 Could be just a small piece of plastic.

14 Q.    Well, it's a lot bigger than the gun, you can see that,

15 right?

16 A.    True.

17 Q.    The way the box was lifted let's say, let's say this is a

18 wall, you see this?

19 A.    Uh-hmm.

20 Q.    The box is against the wall I assume if it's right by the

21 door, right?  You're saying it's behind the door?

22 A.    It's behind the door, yes.

23 Q.    So then it would stand to reason that normally a wall is,

24 a door is on a wall like that one, right?

25          THE COURT:  Like what one?

1  BY MR. BALAREZO:

2  Q.   Well, let me use your example.  You said the box is behind

3  the door?

4  A.   Yes.

5  Q.   This is like the door in the picture?

6  A.   Okay.

7  Q.   And the box is against the wall?

8  A.   Correct.

9  Q.   So in the picture when the box is lifted up, it's being

10  lifted up towards the wall; is that right?

11  A.   No.  It's being -- well, there's a wall.  As you're saying

12  here, that's a wall here, but if you look at the picture it

13  looks as it's going backwards and the wall is here in the

14  photo.

15  Q.   Well, using this example here.  If this is the door that

16  we're talking about, the door that's on the screen right now

17  and it's open, which wall here in the courtroom is the box

18  against?  Is it against this wall or that wall?

19  A.   This wall. (indicating.)

20  Q.   This wall?

21       THE COURT:  We're speaking of the east wall?

22       MR. BALAREZO:  If you look at the picture though?

23       THE COURT:  Right?  Well, that's west and that's east

24  I think.

25       MR. BALAREZO:  Sure.  It's east in Courtroom 14 in

```
 1  the U.S. District Court in Washington D.C.
 2          THE COURT:  I don't know how else to describe it but
 3  could we do something a little more practical?
 4          MR. BALAREZO:  Can we do a demonstrative?
 5          THE COURT:  Yes.
 6  BY MR. BALAREZO:
 7  Q.   Jones -- I'll test my artistic skills.
 8       Jones Number 38 for demonstrative purposes.
 9       Would you just for the purpose of this, I'll just draw a
10  square representing Room H; is that fair?
11  A.   It's your exhibit, sure.
12  Q.   Well, you were there.  Was it a square room or did it have
13  a funny shape or what, do you remember?
14  A.   It's kind of oblong.
15  Q.   Oblong.  Would that be oblong?
16  A.   Sure.
17  Q.   Thank you.  And tell me where to put the, why don't you --
18  actually, why don't you do it.  Why don't you put where the
19  door would be in reference to that picture that was up there?
20  A.   It's an estimation, it's about midway through the room and
21  it's on the left.
22  Q.   Why don't you show it being open like the picture is?
23  I'll put it back up just so you know.
24  A.   Okay.
25  Q.   Did you do it?
```

1  A.    Yeah.

2  Q.    Okay.  I'm sorry.  And now why don't you put an X where

3  the box is in relation to that door?

4  A.    Behind the door.  (Witness marked on the paper.)

5  Q.    For demonstrative purposes that's Room H and I'll put a

6  Room H here, right?  And you're saying this is the door?

7  A.    Yes.

8  Q.    That's the door, right?

9  A.    Uh-hmm.

10  Q.    And this is the box.  So if you're looking at this picture

11  you're telling us that the box is behind this door, right?

12  A.    Correct.

13  Q.    Behind or next to that wall?

14  A.    Correct.

15  Q.    The wall that would be on this side let's say?

16  A.    Correct.

17  Q.    And the wall I'm talking about, it would be on the, to the

18  left side of where the door appears on Level Search Warrant

19  Number 3?

20  A.    I'm sorry?

21  Q.    The wall would be to the left side of where the door

22  appears in Level Search Warrant Number 3, do you follow me?

23  A.    Yeah.

24  Q.    Looking at this particular picture, Search Warrant Number

25  3, you don't see the box you've said, you also don't see this

1  plastic which seems to be in front of where the gun was and the

2  box was, right?  Do you see that in this picture anywhere, can

3  you see the plastic anywhere?

4  A.    No.

5  Q.    You just don't see it at all, right?

6  A.    No, sir.

7  Q.    Now with respect to the photographing, I'm going to show,

8  Search Warrant Number 5, do you see that?

9  A.    Yes.

10  Q.    You saw these being photographed, where was this picture

11  being taken?

12  A.    In Room H.

13  Q.    And did you see this picture being taken, do you recall

14  that?

15  A.    Yes, I remember seeing the agent holding it.

16  Q.    Who was holding the weapon first of all?

17  A.    Well, I don't, I don't know his name.  We had people from

18  all over.

19  Q.    So you don't know who was holding the gun.

20       Do you know who took the picture?

21  A.    It would be listed on the photograph log who our

22  photographer was.  The actual sheet that you initially showed

23  me.

24  Q.    And I think you're referring to Jones 37.

25            MR. BALAREZO:  Your Honor, just so it's complete,

 1 | we've excised the sketch that Agent Horne previously referred

 2 | to.  It's going to be used as a separate exhibit, but we're

 3 | going to replace it in this exhibit at a later time.

 4 | BY MR. BALAREZO:

 5 | Q.    Is that the one you're referring to?

 6 | A.    On the, this is a photo log.

 7 | Q.    Okay.

 8 | A.    This is one side of it.  The other side has the case

 9 | number and will have who actually was taking the photos and you

10 | don't have that sheet.

11 | Q.    So it's not in there, you can't tell us who took it at

12 | least?

13 |      You don't remember?

14 | A.    No.

15 | Q.    When the picture was being taken in Room H, at least the

16 | way it's shown there, was the picture for example, was the

17 | agent holding the gun down here, towards the floor, were they

18 | holding it towards the wall, to the ceiling, do you recall?

19 | A.    He was just standing there holding it.

20 | Q.    So the gun would be basically upright, is that what you're

21 | saying?

22 | A.    Holding it in his hand.

23 | Q.    This is important for me.  How was the gun being held at

24 | the time of the picture and my hand is like --

25 |                THE COURT:  This picture?

1          MR. BALAREZO:  This picture?

2          THE COURT:  Was, in other words, was it

3  perpendicular, was it parallel, chest level?  That's all he's

4  asking.

5          THE WITNESS:  Actually, I don't remember.

6          THE COURT:  Fine, she doesn't know.

7  BY MR. BALAREZO:

8  Q.    Do you remember what the background is, what background it

9  was being taken in front of?

10  A.    It looks dark, that's all I can tell you.

11  Q.    But can't you tell us if it was the box or a wall or a

12  ceiling or anything of that nature?

13  A.    The ceiling in there I believe was white, so it's not the

14  ceiling.

15  Q.    The ceiling in the room was white?

16  A.    An off color, it wasn't --

17  Q.    You talking about the ceiling tiles in Search Warrant

18  Number 3; is that right?  Okay.

19      Can you tell us what this particular item here is?  I'll

20  show it to you directly, Number 5, Levels Number 5.

21  A.    I have no idea what that is.

22  Q.    And you don't recall from your observations what that

23  might be?

24  A.    No, sir.

25  Q.    Does it look to you to be like a light on the ceiling by

1  any chance?

2  A.   Could be a reflexion of the flashlight, I don't know. It

3  could have been a reflection of the flash, I don't know.

4  Q.   Very well.

5       Now, just so we're certain -- I'm going to show you Jones

6  Number 40 -- Jones 39.

7            MR. BALAREZO:  May I approach, Your Honor?

8            THE COURT:  Yes.

9  BY MR. BALAREZO:

10  Q.   Showing you Jones 39, you've seen this picture before,

11  correct?

12  A.   This is, I think that's leading towards the outer door,

13  but the same hallway as if you were going to the office which

14  would have been on the right.

15  Q.   Is this a picture that was taken during the search warrant

16  at the club?

17  A.   I can't remember all of the pictures right offhand.  It

18  might have been one of them.

19  Q.   Have you seen it before?

20  A.   I believe I have.

21  Q.   Does it fairly and accurately represent that particular

22  area that you just described?

23  A.   Leading towards --

24  Q.   Yes?

25  A.   -- the outer door, another outer door that's -- yeah, a

 1 | different outer door, uh-hmm.

 2 |         MR. BALAREZO:  Your Honor, I would like to move into

 3 | evidence Jones Number 39.

 4 |         MS. LIEBER:  No objection.

 5 |         THE COURT:  Okay.  Admitted.  You want to put it on

 6 | the screen, please.

 7 |     (Defense Exhibit Jones Number 39 received into

 8 | evidence.)

 9 |     What's the top?

10 |         MR. BALAREZO:  That's the top right there.

11 | BY MR. BALAREZO:

12 | Q.   Now, let me show just quickly Number 2 -- first of all,

13 | you see this big window back here?

14 | A.   Yes.

15 | Q.   You see that?

16 | A.   Yes.

17 | Q.   In fact, Jones 39 that's that same window, it's just the

18 | other side of that room, correct, a little darker?

19 |     You want me to show it to you, there it is.  You see the

20 | window?

21 | A.   Yes, I do.

22 | Q.   Here's the window and here's the window?

23 | A.   Uh-hmm.

24 | Q.   This is the other side of this window on Jones Number 2 --

25 | excuse me -- Government's Search Warrant Number 2, right?

1  A.   It could be, I don't know, sir.

2  Q.   But just so we're clear, the weapon was not found in this

3  particular area, it was found in this area, right?

4  A.   Correct.

5  Q.   Now there was some testimony earlier about a -- this is

6  Government's Number 21, photo 21 -- about that van.

7      Did you ever see Antoine Jones driving that van?

8  A.   No.

9  Q.   And do you recall what day this picture was taken,

10 Government's Number 21?

11 A.   No, sir, I don't.

12 Q.   In fact, you saw from your own personal observations you

13 saw Antoine Jones driving a jeep, a jeep SUV pretty much

14 exclusively, correct?

15 A.   Yes.

16 Q.   Now do you know somebody by the name of Renalda Shaw?

17 A.   Yes.

18 Q.   Who is she?  First of all, just generally?

19         MS. LIEBER:   Objection.

20      If I may consult with Mr. Balarezo?

21      (Pause.)

22      I withdraw the objection.

23 BY MR. BALAREZO:

24 Q.   Generally, do you know who she is?

25 A.   She works for the FBI.

1  Q.    Was she present at the time of the search warrant?

2  A.    Yes, sir.

3  Q.    Do you know if she was present in Room H at the time this

4  weapon was found?

5  A.    I'm not sure if she was.

6  Q.    Room H, which is where you say the weapon was is on the

7  first floor of the nightclub; is that correct?

8  A.    Correct.

9  Q.    In fact, Room H is very close to the front door to the

10 nightclub; is that right?

11 A.    No.

12 Q.    Let me --

13         THE COURT:  No, it's not, right?

14         THE WITNESS:  It's not because when you go in,

15 there's a big open space to the right, and then there was like

16 a stage, then there's a hallway to the left and you go down

17 that hallway.

18     So I wouldn't say that it's close to the door, no,

19 because it's a big open space.

20 BY MR. BALAREZO:

21 Q.    Let me show you two pages.  These two exhibits will be

22 marked Government Levels 7 and 8.

23         THE COURT:  Government Levels 7 and 8, we don't have

24 that one for under the search warrant.

25         THE DEPUTY CLERK:  It's Levels SW 7 and --

```
 1              THE COURT:  Right, we don't.  Seven and 8, shall we

 2   admit these?

 3              MR. BALAREZO:  Yes, Your Honor, there's no objection

 4   from the government.

 5              THE COURT:  Admitted, all right.

 6         (Government Exhibit Numbers SW-7 and 8 received into

 7   evidence.)

 8              MR. BALAREZO:  Level 7 and Levels 8.

 9              THE COURT:  This is the sketch done by somebody on

10   part of the team that was in there that day.

11   BY MR. BALAREZO:

12   Q.   Do you see that, detective?

13   A.   Yes.

14   Q.   And just so we're clear, this portion of the diagram says

15   downstairs and this is the entrance in 1960, that being 1960

16   Montana Avenue, correct?

17   A.   Correct.

18   Q.   So that's the front door of the Levels Nightclub, right?

19   A.   Correct.

20   Q.   If you're looking at this diagram that's the entry Room H,

21   the office, as it has been labeled is basically to the right of

22   the front entrance; is that correct?

23        I mean, I know we are agreeing that this drawing is not to

24   scale, et cetera, et cetera, right?

25   A.   Correct, behind the stage.
```

 1  Q.    Okay.  You come into the nightclub there's a stage and

 2  there's the office there, right?

 3  A.    Correct.

 4  Q.    Do you recall whether or not the office was H, Room H, I'm

 5  talking about was locked?

 6  A.    No.  As I said previously, the SWAT team made entry.  So

 7  by the time we come in, every door that was closed is now open.

 8  So I don't know what the status of the door was prior to them

 9  entering.

10  Q.    Let me show you quickly Government's Number 2.  That's the

11  door we're talking about.  It does not appear that that door

12  has been broken to enter the room by any means does it?  At

13  least the knob portion which would be against the doorjamb

14  doesn't appear to be broken in does it?

15  A.    You're looking from the inside of the office.  If they had

16  to kick it in, then the damage would be to the outside of the

17  door.

18  Q.    Okay.  Well, then I'm showing you Government's Number 3

19  that would be the outside the door there where it doesn't

20  appear to be any damage to that door does it, that you can

21  tell?

22  A.    Other than what -- I don't know what that is by the knob.

23  Q.    Right here?

24  A.    I don't know what all that is, yeah.

25  Q.    Let me focus in for you.  It's a reflection maybe,

1  correct?  The door doesn't seem splintered?

2  A.    It does not, no.

3  Q.    You can't tell us what that is, reflection or paint or

4  something, right?

5  A.    Correct.

6  Q.    So now just based on your own personal observations you

7  can't tell this jury whether or not that gun was at Levels

8  Nightclub prior to the search warrant being executed, correct?

9  A.    I can't tell -- I'm sorry, say that again.

10  Q.    I'll repeat.  This is your personal experience, prior, you

11  cannot tell the jury whether or not that gun was in Levels

12  Nightclub prior to the search warrant being executed?  Meaning

13  prior to 6 A.M. October the 24th, 2005?

14  A.    Correct.

15  Q.    You can't even tell the jury who put the gun there,

16  correct?

17  A.    Correct.

18  Q.    And in fact, as far as you know being the co-case agent or

19  detective, you're not aware of any fingerprints that were

20  lifted from that gun that would tie it to Antoine Jones,

21  correct?

22  A.    Correct.

23         MR. BALAREZO:  That's all I have, Your Honor.

24      Thank you.

25         THE COURT:  Mr. Lyons.

1  you in Room H, an office, when the handgun was found in that

2  location?

3  A.    Yes.

4  Q.    Okay.  Tell the jury how you first learned of the fact

5  that a gun had been located in the office?

6  A.    My recollection is as I was over at the desk looking

7  through some desk stuff, documents and things, and there's

8  several agents behind me but I heard one of them say oh.

9            MR. BALAREZO:  Objection.

10            THE COURT:  No, this is not hearsay.

11       Overruled.  Okay.

12            THE WITNESS:  I heard one of them say oh, look what

13  we have here and I turned around and I could see that there was

14  a gun laying on the floor.

15  BY MS. LIEBER:

16  Q.    I'm going to show you Levels Search Warrant Number 4.  Do

17  you see that?

18  A.    I do.

19  Q.    What is that a picture of?

20  A.    The gun we seized.

21            THE COURT:  Is the tape on Gwen?

22            THE DEPUTY CLERK:  Yes, it is.

23  BY MS. LIEBER:

24  Q.    Where is that located?

25  A.    Are you -- I'm not sure.  The room or actually where this

1  is right now?

2  Q.    What is this surface that you see?

3  A.    This is the floor.

4  Q.    Okay.  Who actually took this picture of the gun lying

5  there on the floor?

6  A.    I did.

7  Q.    That's all I have.  Thank you very much.

8           THE COURT:  All right.  Okay.  Let's hear about the

9  cell phones, please.

10           MR. BALAREZO:  Do we get cross on that or is that at

11  the end, I'm sorry?

12           THE COURT:  Why don't you cross at the end, all

13  right.

14                  DIRECT EXAMINATION (Continued)

15  BY MR. GEISE:

16  Q.    Good afternoon, Special Agent O'Brien?

17  A.    Good afternoon.

18  Q.    Try to make this as quick as possible although I'm sure it

19  won't be as efficient as we all hoped.

20      You obviously had several roles in this case.  You've

21  already testified earlier about your role as the supervisor of

22  the wire intercepts.  Testified briefly now about a seizure.

23      I'm going to ask you now about phone analysis and

24  specifically pin register analysis, toll analysis.  Just

25  briefly have you been trained in some of that?

```
1                 UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF COLUMBIA

3      ------------------------------X

4  THE UNITED STATES OF AMERICA      Criminal Case No. 05-386

5              v.                    VOLUME 13 - A.M. SESSION

6  ANTOINE JONES, et al,

7              Defendants,

8      ------------------------------X    Washington, D.C.
                                          Monday, December 3, 2007
9                                         9:30 A.M.

10                      TRANSCRIPT OF TRIAL
             BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
11           UNITED STATES DISTRICT JUDGE, and a jury

12  APPEARANCES:

13  For the Government:             JACK GEISE, ESQUIRE
                                    RACHEL LIEBER, ESQUIRE
14                                  Office of the U.S. Attorney
                                    555 4TH Street, N.W.
15                                  Washington, D.C.  20560
                                    (202) 616-9156
16

17  For Defendant Jones:           EDUARDO BALAREZO, ESQUIRE
                                    400 Fifth Street, N.W.
18                                  Suite 500
                                    Washington, D.C.  20001
19                                  (202) 639-0999

20

21  Court Reporter:                Lisa Walker Griffith, RPR
                                    U.S. District Courthouse
22                                  Room 6409
                                    Washington, D.C.  20001
23                                  (202) 354-3247

24  Proceedings recorded by mechanical stenography, transcript

25  produced by computer.
```

PDF created with pdfFactory trial version www.pdffactory.com

1    A    That's correct.

2             MR. LYONS:  Thank you.

3             MR. BALAREZO:  May I, Your Honor?

4             THE COURT:  Yes.

5             MR. BALAREZO:  Thank you.

6                        CROSS EXAMINATION

7    BY MR. BALAREZO:

8    Q    Good morning, Agent.  How are you?

9    A    Good.

10   Q    Now, I'm going to stir things up a little bit by talking

11   about a gun.  Now, you were the, at the Levels Night Club

12   search warrant, you were the seizing agent, right?

13   A    That's correct.

14   Q    Which means that any time anyone found something of

15   evidentiary value, they came to you and gave it to you so that

16   you could seize it, right?  Is that how that works?

17   A    I'm not sure what you're referring to as came to me, but.

18   Q    All right.  What was your role as the seizing agent?

19   Let's say it that way.

20   A    To seize all the evidence relating to, in this instance,

21   Levels.

22   Q    Now, you personally didn't go in every single room and

23   look through everything and take control of everything, right?

24   A    I did take control of everything.

25   Q    Well, after somebody else found it?

```
 1    A    Certainly.

 2    Q    Right, that was my first question.  When somebody found

 3    something of evidentiary value -- when somebody found

 4    something of evidentiary value, they'd come to you as the

 5    seizing agent and you'd take control, right?

 6    A    Correct.

 7    Q    That was the first question I asked.

 8    A    Okay.

 9    Q    So the answer is yes?

10    A    The answer is yes.

11    Q    Okay.  Now, regarding this gun that was supposedly found

12    in Room H, you personally did not find that gun; is that

13    right?

14    A    That's correct.

15    Q    You were in the room doing whatever you were doing.  Were

16    you searching?

17    A    Yes.

18    Q    Okay.  But you didn't look under this box I assume,

19    right?

20    A    No, I did not.

21    Q    And do you know where the box is, by the way?

22    A    Do I know where it is?

23    Q    Yeah, where was the box?

24    A    It was kind of, as you walk into the office, there is a

25    door that swings in and to your left I guess.  And it was kind
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    of on the other side of that door.

 2    Q    I'm going to show you Levels Search Warrant Number 2,

 3    Levels Search Warrant Number 3.  They're both in evidence.

 4              You see that, right?

 5    A    I do see that.

 6    Q    And you see the door right here?

 7    A    Yes.

 8    Q    So I'm going to put them right next to each other so you

 9    kind of get some sort of weird panoramic view.  Where was the

10    box?  I'm just trying to see.

11    A    Well, if you're orientating yourself based on where I am

12    taking the picture from.

13    Q    And you took this picture?

14    A    I took this picture.

15    Q    Okay.

16    A    So, from the picture on the left, I am standing --

17    Q    This one?

18    A    Yes.  I am standing kind of behind the door in the corner

19    and the box is really essentially at my feet.

20    Q    Right here?

21    A    Somewhere in this area, kind of at my feet.

22              THE COURT:  You mean where the sign is that says

23    Government's Exhibit, I can't read the number?  Is that what

24    you mean by at your feet?

25              THE WITNESS:  Yeah, I'm kind of trying to stand in
```

1    the corner to get the perspective.  These are entry photos,

2    meaning that they're used to just kind of document what the

3    room looked like before we started searching.

4    BY MR. BALAREZO:

5    Q    Right.  Now, I hope the Government doesn't get upset.

6    I've lifted up the little tag.  You don't see the box by any

7    chance in this picture, do you?

8    A    I don't know that I would based on where I remember it

9    being.

10          THE COURT:  You're saying because it was too close

11   to your feet?

12          THE WITNESS:  Right.  I mean I'm not taking a

13   picture, you know, there's a standard lens.  So I'm not going

14   to get a panoramic view of the room and, you know, you're kind

15   of getting what you're shooting out in front of you.  You're

16   not getting what you're shooting at your feet.

17          THE COURT:  Was the box, did you, were you there

18   when the box was found?

19          THE WITNESS:  I was in the room when the box, when

20   they turned the box over, yes, I was in the room.

21          THE COURT:  Okay.

22   BY MR. BALAREZO:

23   Q    Now, my simple question was, Agent, do you see the box in

24   this picture.  Nothing else.

25   A    No, I do not.

1    Q    Okay.  The other picture, are you saying the box is

2    behind the door?

3    A    It is behind the door, not in that picture, no.

4    Q    Do you see the box in the picture?

5    A    Not in the picture, no.

6    Q    So in Government's Exhibit Number Levels Search Warrant 2

7    and 3, the box does not appear in the picture, right?

8    A    That's correct.

9    Q    So these are entry pictures meaning that when you walk

10   into this room, you took a picture?

11   A    Yes.

12   Q    And you didn't take any other close-up pictures, right,

13   of each item, for example, this table over here with what

14   appears to be a bucket or something?  That's the only picture

15   you have basically, right?

16   A    The only picture of -- I'm not sure what you're asking

17   me.

18   Q    All right.  Strike that.

19   A    These are the only pictures that I have of the entry of

20   that particular room when we walked into it before we started

21   searching.

22   Q    You don't have a picture for the jury of this box before

23   the gun was supposedly found under it, do you?

24   A    I wish I would have had the forethought to know that

25   there was a gun there.

1    Q    So is the answer yes or no?

2    A    The answer is no.

3    Q    Okay.  Now, when you take pictures, there's this thing

4    called the photo log; is that correct?

5    A    That's correct.

6    Q    And the photo log is basically a chart that you guys use

7    which has numbers one to whatever, and then you basically fill

8    in numbers indicating what the first picture is, second

9    picture, third picture; is that correct?

10   A    Yeah, the numbers are already there, 1 through 36, for a

11   standard roll of film.  And then you just, you know, picture

12   number one, whatever you took the picture of, picture number

13   two, what the picture is.

14   Q    Let me show you what's been marked --

15            MR. BALAREZO:  May I approach, Your Honor?

16            THE COURT:  Mm-hmm.

17   BY MR. BALAREZO:

18   Q    What's been marked as Jones 37.  Point your specific

19   attention to the second page.  Do you see that?

20   A    Mm-hmm.

21   Q    Is that the photo log we're talking about?

22   A    Yes.

23   Q    And basically, it's already prenumbered, right?

24   A    Yes, it's prenumbered.

25   Q    And the numbers one through -- at least on this page,

```
 1   which is the second page of the exhibit, 1 through 36, that

 2   refers to the number of pictures, correct?

 3   A    Correct.

 4   Q    So when you go in, when you take the first picture of the

 5   front door of Levels, let's say as an example, you would list,

 6   you know, front door entry, right?  In fact, that's what you

 7   did, right?

 8   A    Sure, yes, front door entry.

 9   Q    So the first picture you took was the front door of

10   Levels?

11   A    Right.

12   Q    That's what you wrote, front door entry?

13   A    Right.

14   Q    And then you basically take pictures and you go

15   sequentially?

16   A    We try to, yes.

17   Q    You go through Room A, then you put picture Room A,

18   picture Room B, whatever, whatever order you went in, right?

19   A    Yes, depending on the photographer, some people are

20   different, but --

21   Q    Now, from the time that, were you -- when you personally

22   went into Room H, were there people in there already or were

23   you the first one to go into Room H?

24   A    There had been people in there when they made entry.

25   Q    Okay.  All right.
```

PDF created with pdfFactory trial version www.pdffactory.com

1    A    And there had been people in there to put the placard up

2    on the wall.

3    Q    Okay, the placard with the letter H?

4    A    Yes, the letter, and basically a letter in all the rooms.

5    And then I go in and take pictures and then the agents that

6    are searching come in behind and will start searching.

7    Q    Now, when you -- you say you went in and took the

8    pictures, you took those two entry pictures that we just

9    showed the jury, right?

10   A    Correct.

11   Q    Did you leave then or did you continue in the room?

12   A    I left and continued on taking the pictures.  It's a big

13   location.

14   Q    Right.  I mean your job was basically to take the

15   pictures, right?

16   A    Correct.

17   Q    And in fact, after you --

18   A    Well --

19   Q    And the seizing agent?

20   A    At that juncture, my job was to get the entry pictures

21   taken so we could start searching.

22   Q    Right.  Now, after you took those entry pictures of Room

23   H, you went and took some other pictures; is that right?

24   A    I took the rest of the pictures, yes.

25   Q    Now, how long after you entered the room and took these

1    pictures, which are Government's Search Warrant Levels 2 and

2    3, how long after these pictures were taken was that gun

3    found?

4    A    I couldn't even begin to tell you how long.

5    Q    Well, you said you were in the room when the gun was

6    found, right?

7    A    Right.

8    Q    Well, when the gun was found, had you returned to the

9    room or had you left by that time or what?

10   A    I had gone through taking all the pictures.  We got

11   everybody together, kind of put a plan together on how we were

12   going to search this location because it's pretty immense.

13   And there's only, I think there was 10 or 12 of us.

14   Q    Right.

15   A    And we started searching.  And people kind of just broke

16   up into these teams and so, timewise, I don't -- so timewise,

17   I had been in and out of that room.  And there was only a

18   couple of people in it initially.

19   Q    Right.

20   A    So there were a lot of documents that they were going

21   through and things along those lines.  I don't think it would

22   be fair to give you a timeframe of like how long or whatever.

23   Q    I mean I'm not looking for a specific moment in time.

24   I'm just trying to get the sequence of events.  And you went

25   into the room.  You took the two pictures, then you went and

28

1    took pictures of the rest of the rooms?

2    A    That's correct.

3    Q    So, you took all the pictures and then at some point you

4    came back into the Room H, and you were there when the gun was

5    found; is that correct?

6    A    That's correct.

7    Q    Okay.  Now, and all along, as you're taking pictures,

8    you're kind of notating which pictures you're taking; is that

9    right?

10   A    Trying to, yes.

11   Q    Okay.  Well, let me just show you Jones 37 again.  You

12   said you took those pictures, and you went and took a picture

13   of the rest of the Club, came back into Room H, and then the

14   weapon was found, is that right?  That's what you said two

15   second ago.

16   A    Right, that's my recollection of --

17   Q    Now, looking at the second page, which is the photo log,

18   do you see where you have Room H office?

19   A    Uh-huh.

20   Q    That's one of the pictures I just showed you, right?

21   A    Yes.

22   Q    And the next picture is Room H again, which is the other

23   depiction, the other perspective, correct?

24   A    Uh-huh.

25   Q    And then it appears that you go out to Room I; is that

1    right?

2    A    Mm-hmm.

3    Q    And Room I is a closet; is that correct?

4    A    I'd have to -- I mean, that's what I noted on there, but

5    I'd have to take a look at where it was.

6    Q    Let me show you what's been marked into evidence as

7    Government's Number 7 and 8, Levels Search Warrant.

8              Now Room H, looking at Number 7, Room H is here; is

9    that right?  Room H is here, correct?

10   A    Yes.

11   Q    And then the next room you go to, according to your photo

12   log, is Photo I, is that right?  I mean, excuse me, Room I, do

13   you see Room I anywhere?

14   A    (Perusing the document.)  I don't see it noted on here,

15   but I don't know that that's --

16   Q    Well, you have Room I listed as a closet.  Do you see a

17   closet anywhere that could be Room I?

18   A    The only closet that is noted on here is this closet off

19   of H, which I believe there is a picture for.  Whether that is

20   I, I don't know.

21   Q    So we know what we're talking about, Room H is here,

22   right?

23   A    That's correct.

24   Q    You took the two pictures.  Then you went to Room I.  And

25   we can't really tell where there's Room I, but there is a

1    closet here, right?

2    A    I wouldn't even -- to be honest with you, I wouldn't call

3    it a closet.  But for lack of a better word for it, I'd --

4    it's kind of like a sound proof room.  But there is --

5    Q    I'm going to show you Government's Number 2, is that the

6    room that's behind this --

7    A    Yes.

8    Q    That's the one, right?

9    A    Yeah.

10   Q    So that's Room I.  So that's what you took a picture of

11   next, correct?

12   A    Correct.

13   Q    And then you took a picture of Room G, which was storage.

14   Do you remember that?  And Room G is right here.

15   A    Room G, yeah, I believe that's actually above, you'll see

16   he's got kind of the circular staircase.  I think what he's

17   noting is G is the lofts above the bar.

18   Q    That's fine, but according to your photo log, you

19   indicate that the next picture you took was Room G; is that

20   right.  You went H, H, I and then G; is that right?

21   A    Uh-huh.

22   Q    And then the very next pictures, after you go to Room G,

23   indicates gun, gun with magazine, close up of the gun; is that

24   right?

25   A    Yes.

1    Q    And then you go on to finish, according to your log, to

2    photograph the rest of the Club; is that right?

3    A    That's right.

4    Q    So when you said a few minutes ago that you took these

5    pictures and then photographed the rest of the Club and came

6    back when the gun was found, that wasn't correct, right?

7    A    I think what I was saying is I was in and out of that

8    room.  It's a combination of things.  This is a big place.

9    And I'm the seizing agent, which then I'm obviously

10   responsible for what people are doing.  So, I'm not

11   necessarily going sequentially because of the nature of having

12   to take photographs.

13          And I'm trying to answer your question the best I

14   can having to do with my recollection of what I did that day

15   because I had several hats I was wearing.  That's kind of my

16   recollection of where I was at.  I was interested -- I can

17   tell you, as a seizing agent, I was interested in that office

18   because I figured, as far as documents and stuff, that's where

19   we would find what we were looking for.

20   Q    I asked you that question twice.  If you took these

21   pictures and then went to take the pictures of the rest of the

22   Club and then came back to Room H and both times you said yes?

23   A    No, I think I said yes.  And I said I also said that I

24   was in and out of that office.

25   Q    So both times I asked you that question, you

PDF created with pdfFactory trial version www.pdffactory.com

1  misunderstood my question?

2  A   I don't know that I answered yes definitively without

3  that caveat of saying, yes, I did take photos of the rest of

4  the Club, but I was in and out of that office.

5  Q   And, in fact, what you testified to Friday was that you

6  were doing something else in the room when you heard somebody

7  say --

8  A   I think we found something.

9  Q   I think we found something, right?

10  A   Something to that effect.

11  Q   And when you turned around to look, there was a gun on

12  the floor, right?

13  A   I believe that that's --

14  Q   Right?

15  A   Yes.

16  Q   I mean you didn't see someone actually lift the box,

17  right?

18  A   No.

19  Q   You don't know if somebody lifted the box and put a gun

20  in there, right?

21  A   No.

22  Q   All you saw was you heard, oh, we have a gun here and you

23  went over there and you took these pictures?

24  A   I did.

25  Q   Now, let's move on to another bit of your testimony that