UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>NORMA HORNE, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1300 (RJL)<br>(ECF) |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S PLEADING, DKT. NO. 20

Federal Bureau of Investigation Special Agent Kelli O'Brien and Paralegal Specialist, Renalda Shaw ("Federal Defendants"), by and through the undersigned counsel, respectfully respond to Plaintiff's Pleading, Dkt. No. 20. In support of this motion, Federal Defendants state the following:

1. On January 9, 2008, Federal Defendants filed a Motion to Stay Pending the Outcome of Criminal Trial. Dkt. Ent. 18.

2. The Court granted the Motion and Ordered that Federal Defendants file a response to Plaintiff's complaint within thirty days of the completion of trial.

3. On March 18, 2008, in a related matter captioned <u>Maynard v. Yanta</u>, 07-1193, defendant, Stephanie Yanta, a Special Agent with the Federal Bureau of Investigation, sought a stay of that matter pending conclusion of Plaintiff's criminal trial. Dkt. No. 15. In that motion, defendant indicated that Plaintiff and his co-defendant in his criminal trial, Lawrence Maynard, had been convicted and were awaiting sentencing during the week of April 21, 2008.

4.      On March 21, 2008, the Court granted defendant's motion and issued a minute order stating that "defendant shall file an answer or dispositive motion no later than 30 days after the completion of plaintiff's criminal trial."

5.      Despite Plaintiff's meritless efforts to suggest that Federal Defendants are in default, the record clearly shows that the Court understood Federal Defendants' use of the term criminal trial to include sentencing. As evidenced by defendants filing in the Maynard matter, defendant expressly noted that Plaintiff and Maynard had been convicted and were awaiting sentencing. Obviously, the Court's reference to criminal trial in its minute order indicates that trial included sentencing.

WHEREFORE, based on the foregoing, Federal Defendants respectfully maintain that they are not in default and their response is due within 30 days of the completion of Plaintiffs' trial (including sentencing).

April 17, 2008                                    Respectfully submitted,

                                    _____/s/_____
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                    _____/s/_____
                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                    Assistant United States Attorney

                                    _____/s/_____
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th Street, N.W. – Civil Division
                                    Washington, D.C.  20530
                                    (202) 514-7157
                                    (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Federal Defendants' Response to Plaintiff's Pleading, Dkt No., 20 to be served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003


on this 17th day of April, 2008    _____/s/_____
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney