UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES, )
)
Plaintiff, )
)
v. )    Civil Action No. 07-1300 (RJL)
)
NORMA HORNE *et al.*, )
)
Defendants. )

ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this case is DISMISSED; and it is further

ORDERED that all pending motions are DENIED as moot.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

RICHARD J. LEON
United States District Judge

Date:

5/27/08