

UNITED STATES POSTAGE

$ 00.42⁰

02 1A
0004634648
MAILED FROM ZIPCODE 2000

MAY 28 2008

JUN - 5 2008

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS